

RECEIVED
JUN 20 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

LUGO, EMMANUEL A. (Pro-Se).

Plaintiff(s),

vs.

Case No. 25-cv-2585-ECT/JFD
(To be assigned by Clerk of District Court)

CONCENTRIX CORPORATION

DEMAND FOR JURY TRIAL
YES ☑   NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name LUGO, EMMANUEL A.
   Street Address 3301 COACHMAN RD, APT 317
   County, City DAKOTA, EAGAN
   State & Zip Code MN 55121
   Telephone Number 305-873-0102

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name  CONCENTRIX CORPORATION

      Street Address

      County, City  FREMONT, CA

      State & Zip Code

   b. Defendant No. 2

      Name

      Street Address

      County, City

      State & Zip Code

   c. Defendant No. 3

      Name

      Street Address

      County, City

      State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [✓] Federal Question      [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

   (FMLA, NLRA, ADA, FLSA, ERISA) and (MHRA)

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                          State of Citizenship:

   Defendant No. 1:                         State of Citizenship:

   Defendant No. 2:                         State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [ ] Defendant(s) reside in Minnesota   [✓] Facts alleged below primarily occurred in Minnesota

   [ ] Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. Interference, retaliation & denied leave (FMLA)
8. Irreparable harm (Financial, physical, emotional distress)
9. At risk of homelessness, disrupted medical care
10. Systematic retaliation while diagnosed, disabled (ADA)
11. Obstruction of pay stubs transparency (Minn. Stat. § 181.032)
12. Procedural confusion, double demands for documents submitted
13. Disability compliance threats from UHN, legal exposure
14. Under psychiatric supervision due to being assigned work/tasks for over 9 years outside of normal work hours scope
15. Facing tuition processes due to lack of transparency and silent punishing plaintiff.
14. Failure to inquire and provide lawful accommodations
16. Role misclassification, Discrimination
17. Received anonymous gifts from senior leaders, & more

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Honorable Judge & Jury Discretion / Justification

≥ $600,000 + Net Amount as Immediate relief

(Please see Addendum in Support of Ex Parte Emergency - (TRO).

4

Signed this 20th day of June 2025

Signature of Plaintiff _____

Mailing Address

3301 Coachman Rd, Apt 317
Eagan MN, 55121

Telephone Number

(305) 873-0702

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.