UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| EMMANUEL A. LUGO, | ) | |
| Plaintiff, | ) | |
| v. | ) | **Case No.** 0:25-cv-02585-ECT-JFD |
| | ) | |
| CONCENTRIX CORPORATION, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF RULE 26(F)**

**CONFERENCE COMPLIANCE VIA WRITTEN COMMUNICATION**

Plaintiff **Emmanuel A. Lugo** respectfully files this notice to document compliance with **Rule 26(f) of the Federal Rules of Civil Procedure regarding the meet-and-confer requirement.**

**On July 8, 2025,** Plaintiff initiated written contact with defense counsel, **Jody A. Ward-Rannow of Ogletree Deakins,** via email at 5:55 AM CT. In that message, Plaintiff acknowledged the procedural requirement and expressed willingness to meet Rule 26(f) obligations via written correspondence. Plaintiff further explained that he preferred not to discuss the substance of the case in a live or unsupervised setting and requested that any necessary coordination occur in writing.

Defense counsel responded by proposing a meeting to discuss the substance of the case or to delay the Rule 26(f) conference until after receiving further direction from the Court. Plaintiff respectfully declined to meet via phone or video and reiterated his request to fulfill all procedural requirements in writing only. Plaintiff confirmed that he would await a court order to proceed and considered his outreach compliant with the Federal Rules.

Attached as Exhibit A is the complete email exchange between Plaintiff and defense counsel documenting this interaction.

Plaintiff submits this notice **in good faith** to demonstrate that he initiated contact as **required under Rule 26(f),** provided an opportunity to confer, and responded in a clear and professional manner.

Respectfully submitted,

**/s/ Emmanuel A. Lugo**

*Pro Se* - Plaintiff

Dated: **July 21, 2025**