UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| EMMANUEL A. LUGO, | ) |
|    Plaintiff, | ) |
| v. | )   **Case No.** 0:25-cv-02585-ECT-JFD |
|  | ) |
| CONCENTRIX CORPORATION, | ) |
|    Defendant. | ) |

**NOTICE OF PAYMENT OF FILING FEE**

Plaintiff **Emmanuel A. Lugo** respectfully notifies the Court that the **full $405 filing fee has been paid** in compliance with the **Court's Order** dated **July 22, 2025 (Dkt. 39),** denying Plaintiff's in forma pauperis application.

This filing is made in good faith to continue the litigation in full compliance with federal procedure.

<u>Plaintiff further affirms for the record:</u>

- He has not received financial assistance or **"litigation-related reimbursements"** from any individual, entity, or organization.

- The prior language in the amended IFP form referring to such reimbursements was a **misunderstanding and has no factual basis.**

Plaintiff is pursuing this case solely through his own efforts and resources and is doing so without external legal or financial support.

Respectfully submitted,
**/s/ Emmanuel A. Lugo**
*Pro Se* - Plaintiff
**Dated:** **July 22, 2025**