UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
|  | ) |  |
| EMMANUEL A. LUGO, | ) |  |
|    Plaintiff, | ) | **NOTICE OF SUPERSESSION** |
| v. | ) | **Case No.** 0:25-cv-02585-ECT-JFD |
|  | ) |  |
| CONCENTRIX CORPORATION, | ) |  |
|    Defendant. | ) |  |

Pursuant to **Federal Rule of Civil Procedure 15(a)(2)** and in accordance with this Court's docket entry at **Dkt. 9** (Notice of Placeholder for Amended Complaint), **Plaintiff Emmanuel A. Lugo** hereby provides formal notice that the **First Amended Complaint** filed on **July 31, 2025** shall supersede and replace the original complaint filed on **June 20, 2025 (Dkt. 1)** in its entirety.

This **First Amended Complaint** incorporates and references all previously docketed exhibits (Exhibits A through CC.6) and introduces a final set of supplemental exhibits (DD.1 through DD.9) submitted concurrently. **All factual allegations, claims, and relief requests should now be considered under the operative complaint filed herewith.**

/s/ Emmanuel A. Lugo

Emmanuel A. Lugo

Pro Se Plaintiff

Dated: **July 31st, 2025**