UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| EMMANUEL A. LUGO,<br>　　Plaintiff,<br>v.<br><br>CONCENTRIX CORPORATION,<br>　　Defendant. | **JUDICIAL COVER LETTER**<br>**Case No.** 0:25-cv-02585-ECT-JFD |

**To:**

**The Honorable Eric C. Tostrud**

**U.S. District Judge**

District of Minnesota

**CC:**

**Magistrate Judge John F. Docherty**

**Defense Counsel –** Ogletree Deakins

　　　　RE: **First Amended Complaint and Submission of Final Exhibits DD.1 through DD.9**

Dear **Judge Tostrud,**

　　**Pursuant to Fed. R. Civ. P. 15(a)(2),** I am submitting my **First Amended Complaint** in the above-captioned case, along with the final series of supporting exhibits (DD.1 through DD.9).

　　This amended pleading supersedes my original complaint (Dkt. 1, filed June 20, 2025) and consolidates all legal claims, exhibits, and factual narratives now supported by over 45 docketed entries. **Please note:**

- Exhibits A through CC.6 have already been filed and are incorporated by reference (Dkt. 1 through Dkt. 46).

- Exhibits DD.1 through DD.9 are being submitted for the first time with this filing.

- A Notice of Supersession and Certificate of Service are also included.

I respectfully request that the Court recognize this submission as my operative complaint and grant all appropriate next procedural steps pursuant to **Rule 15 and this District's local rules.**

Thank you for your attention to this matter.

Respectfully,

**/s/ Emmanuel A. Lugo**

Emmanuel A. Lugo

**Pro Se Plaintiff**

Dated: **July 31st, 2025**