**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| | ) |
| EMMANUEL A. LUGO, | ) |
|     Plaintiff, | ) |
| v. | )   **Case No.** 0:25-cv-02585-ECT-JFD |
| | ) |
| CONCENTRIX CORPORATION, | ) |
|     Defendant. | ) |

**EXHIBIT DD.1 MISCLASSIFICATION OF ROLE, TITLE SUPPRESSION, AND**

**STRATEGIC ACCOUNT EXPLOITATION**

(Fair Labor Standards Act Violations, Retaliation, and Constructive Discharge)

## I. EXECUTIVE SUMMARY

This exhibit details how Plaintiff **Emmanuel A. Lugo** was strategically misclassified as a **"Senior Business Development Representative"** (BDR) while performing the duties and meeting the expectations of an Account Executive (AE) across high-stakes global accounts. Throughout 2023 to 2025, Plaintiff was assigned multilingual territories, contributed to major enterprise deals, supported internal onboarding, and served as a direct pipeline enabler for executive sellers, all while being denied accurate title recognition, access to advancement tools, and compensation tied to his output.

This pattern constitutes a sustained violation of the **Fair Labor Standards Act (FLSA)** and **Title VII,** and directly supports claims of misclassification, retaliation, psychological coercion, and constructive discharge.

## II. ROLE HISTORY & STRATEGIC ASSIGNMENTS TIMELINE

| Date | Assignment / Activity | Evidence Source |
|---|---|---|
| Aug. 11, 2023 | Hired as Sr. Business Development Rep (BDR) under 33% incentive plan | Offer Letter (Ex. EL.1) |
| 2023-2024 | Assigned multilingual outreach for LATAM and EMEA territories | Performance Logs; BB.5; DD.5 |
| Feb-Aug 2024 | Onboarded and trained intern from Colombia | Performance Review; Internal Documentation |
| Jan–May 2025 | Assigned to key accounts including Amazon, Google, Microsoft, Meta, and Intuit | DD.2; Dashboards; Performance Review |
| Feb 2025 | Denied access to Asana license despite internal approval; tools withheld for over three weeks | Internal Email (DD.1-A); Escalation Memo (DD.3-A) |
| Feb 27, 2025 | Given **"Successful"** performance rating despite exceeding expectations | Annual Performance Review (DD.3) |
| Mar–May 2025 | Managed AE-level coordination and reporting across strategic teams; promotion path concealed | BB.2; DD.6 |
| May–July 2025 | Retaliation escalates; Plaintiff enters psychological and professional collapse | DD.4; BB.3; CC.5 |

## III. STRUCTURAL MISCLASSIFICATION & TITLE FRAUD

Despite the "BDR" title, Plaintiff:

- **Supported enterprise sales cycles across top-tier clients**

- **Delivered executive-level metrics** (over 170% call quota; over 120% MQL attainment)

- **Created and transferred account strategy reports to EVPs and Sales Directors**

- **Functioned as a de facto AE with no upgrade in compensation or role**

- **Was blocked from advancement visibility via internal systems** (Workday, Salesforce)

Notably, in early 2024, Vice President Brendan O'Shaughnessy confirmed in writing that the next step for Plaintiff was a Grade 7 role. However, Plaintiff's HR record was fixed at Grade 8B, USA Career Level II, well into mid-2025 despite surpassing peer benchmarks.

## IV. LEGAL ANALYSIS

This role misclassification facilitated:

- **Denial of promotion, bonus, and equity opportunities in violation of FLSA and ERISA**

- **False job title representations during performance review cycles**

- **Suppression of Plaintiff's AE candidacy within HR systems** (Workday, Salesforce)

- Use of Plaintiff's labor to advance pipeline and QBR objectives **without acknowledgement or reward**

- **Constructive discharge due to untenable psychological conditions, workload mismatch, and internal sabotage**

## V. SWORN DECLARATION

**I,** Emmanuel A. Lugo, **declare under penalty of perjury:**

**From November 2023 through mid-2025,** I functioned in a role far exceeding the scope, pay, and tools of my assigned title. I was hired under the label of a Senior Business Development Representative, but from the outset, I was assigned multilingual territories, trained interns and new hires, handled strategic regional initiatives, and carried some of the highest-profile accounts in the organization.

Despite my performance and sustained contributions, my title and advancement pathway were suppressed. My tools were withheld. My Salesforce opportunities were buried or renamed by others. I was denied transparency, protection, and respect. This was not a mistake, it was strategic misclassification, used to extract maximum labor from me while minimizing recognition, cost, and liability.

I submit this exhibit in full support of my claims under **FLSA, ADA, ERISA, and Minnesota Human Rights Law.**

Executed on this day, **July 31, 2025** in **Eagan, Minnesota.**

Respectfully submitted,

**/s/ Emmanuel A. Lugo**

*Pro Se* - Plaintiff

Dated: **July 31, 2025**

## IV. CROSS-REFERENCED EVIDENCE

- ► **DD.2 -** Offer Letter and Compensation Plan
- ► **DD.2 & DD.5:** Executive Seller Collaboration
- ► **DD.1-A & DD.3-A:** Denial/Unlawful withholding of Tools (Asana)
- ► **DD.1-B:** Grade 7 Pathway Acknowledged by Leadership
- ► **DD.6:** Internal Title Suppression
- ► **DD.4 - CC.4 & CC.6:** Mental and Functional Collapse
- ► **BB.3 & DD.7:** Retaliation Timeline