UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| EMMANUEL A. LUGO, ) | |
|    Plaintiff, ) | |
| v. ) | **Case No.** 0:25-cv-02585-ECT-JFD |
| ) | |
| CONCENTRIX CORPORATION, ) | |
|    Defendant. ) | |

**EXHIBIT DD.5 - WORKLOAD EXPANSION PRESSURE & EXPLOITED DELIVERABLES**

(Unauthorized Use of Executive Output Without Advancement or Compensation)

**I. EXECUTIVE SUMMARY**

This exhibit documents how Concentrix Corporation consistently extracted high-value strategic deliverables from Plaintiff Emmanuel A. Lugo while classifying him under a low-tier title with no access to executive compensation, credit, or advancement. Despite functioning as an AE-level enabler across top global accounts, Plaintiff's research, reports, trackers, enablement content, and translation support were repackaged, passed to senior executives, or used in regional strategy without proper attribution or role elevation.

This exploitation of unpaid executive labor, combined with internal suppression and psychological containment contributed directly to Plaintiff's collapse and constructive discharge.

## II. TIMELINE OF EXPLOITED OUTPUTS

| Date | Deliverable | Use by Concentrix | Evidence |
|---|---|---|---|
| **Nov–Dec 2023** | LATAM/EMEA enablement; intern training (Colombia) | Used in onboarding playbooks; no formal recognition | DD.1; DD.2; DD.3 |
| **Dec 2023 – Jan 2024** | Global Target account intelligence (EMEA-LATAM) | Handed to AE teams and directors; rerouted without credit | DD.5; Dashboards |
| **Jan–Feb 2024** | EMEA SQLs (25+) delivered to EVP Nora Boros | Later inaccessible to Plaintiff; never counted toward incentive | DD.2; DD.6 |
| **Feb–Mar 2024** | Weekly partner intelligence and competitive reports | Used in internal regional ops calls; Plaintiff excluded | DD.5 |
| **Apr–May 2024** | Salesforce pipeline audit; renamed opps analysis | Resulted in ECR boosts for others; no advancement given to Plaintiff | DD.6 |
| **May–June 2025** | Strategic reporting and win-loss diagnosis for internal dashboards | Used in team meetings; AE promotions occurred while Plaintiff remained Grade 8B | DD.2; DD.6 |

## III. FORMS OF EXPLOITED OUTPUT

| Deliverable Type | Description | Outcome |
|---|---|---|
| **Strategic Decks** | Region-specific enablement documents and briefings | Used by Sales Directors and AE teams |
| **Account Research** | Deal history, technical translations, custom mapping | Transferred without attribution |
| **Mentorship** | Onboarding intern from LATAM; guidance on internal tools | No HR credit or promotion path |
| **Operational Reports** | SQL audit tables, tracker sheets, partner targeting | Recycled into Sales Director's success without recognition |

| Deliverable Type | Description | Outcome |
|---|---|---|
| Technical Content | Opportunity summaries and internal escalation frameworks | Removed from dashboard visibility |

## IV. LEGAL IMPLICATIONS

- **FLSA Violation**: Defendant benefitted from AE-level labor while classifying Plaintiff as a BDR and avoiding corresponding wage or bonus requirements.

- **Retaliation and Constructive Discharge**: Output was used to strengthen the company's executive teams while Plaintiff was denied even the most basic recognition, creating a psychologically untenable environment.

- **ERISA and Opportunity Scrubbing**: SQLs handed to executive leadership were rerouted and renamed, severing the incentive link and blocking Plaintiff from performance-based progression.

## V. SWORN DECLARATION

**I,** Emmanuel A. Lugo, **declare under penalty of perjury:**

**From late 2023 through mid-2025,** I produced strategic materials, intelligence reports, and enablement content far beyond the scope of a typical Business Development Representative. These deliverables were not incidental they were operationally critical. They were used to close deals, train staff, inform regional expansion, and boost performance metrics across teams. And yet, I was kept out of view. I was never credited. I was forced to close opportunities **"without review".** My title never changed. My deals disappeared. My reports were repackaged by others. I developed several structural blueprints as directed, which were later co-opted by leadership, modified or masked to obscure my authorship and falsely attributed to themselves.

In EMEA alone, I qualified over 25 SQLs and handed them directly to EVP Nora Boros. They vanished from my visibility, rerouted under different IDs. I created partner audits and tracking sheets that became part of Sales Directors compensation decks. I trained others. I translated content. I cleaned Salesforce pipelines. And I was still called a BDR. This is exploitation. This is fraud.

Executed on this day, **July 31, 2025** in **Eagan, Minnesota.**

Respectfully submitted,
**/s/ Emmanuel A. Lugo**
*Pro Se* - Plaintiff
Dated: **July 31, 2025**

## VI. CROSS-EXHIBIT EVIDENCE

The workload exploitation and unauthorized use of Plaintiff's executive-level deliverables documented in Exhibit DD.5 are further corroborated by the following supporting exhibits:

- **Exhibits DD.1 and DD.2** confirm Plaintiff's assignment to strategic LATAM and EMEA accounts and AE-tier responsibilities while formally classified as a BDR, with no associated promotion, compensation, or reclassification in HR systems.

- **Exhibit DD.6** contains internal review documents and screenshots validating that Plaintiff's strategic reports and audits were repurposed for Sales Director compensation decks and performance meetings without credit or attribution.

- **Exhibit DD.2** also provides evidence that over 25 SQLs generated by Plaintiff for EMEA leadership—including EVP Nora Boros—were rerouted, renamed, and removed from visibility, thereby severing incentive eligibility and performance recognition.

- **Exhibit DD.3** shows that Plaintiff was denied visibility into dashboard attribution and engagement metrics, despite being responsible for pipeline movement and deal qualification that contributed to internal wins and AE promotions.

- **Exhibit DD.4 and Exhibits CC.4 through CC.6** establish the health deterioration and psychological breakdown that occurred as a direct result of AE-level workload paired with title suppression, recognition denial, and systematic erasure of Plaintiff's contributions.