UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| EMMANUEL A. LUGO, | ) | |
| Plaintiff, | ) | |
| v. | ) | **Case No.** 0:25-cv-02585-ECT-JFD |
| | ) | |
| CONCENTRIX CORPORATION, | ) | |
| Defendant. | ) | |

**EXHIBIT DD.6 - TITLE FRAUD & DIGITAL FOOTPRINT SCRUBBING**

**I. EXECUTIVE SUMMARY**

This exhibit details how Concentrix Corporation deliberately manipulated internal systems and digital workflows to conceal Plaintiff's promotion eligibility, suppress his role visibility, and erase the traceability of AE-level deliverables. Despite repeated verbal acknowledgments of advancement readiness, Plaintiff remained locked at Grade 8B while functioning at the scope of an Account Executive (AE). Following internal escalation and whistleblower filings, access to key systems (Workday, Salesforce) was restricted or scrubbed, preventing Plaintiff from tracking deals, promotions, or compensation eligibility.

These actions constitute a deliberate attempt to digitally erase Plaintiff's advancement record, misrepresent his employment classification, and obstruct legal redress under the **FLSA, ERISA, and federal retaliation protections.**

## II. TIMELINE OF DIGITAL TITLE SUPPRESSION

| Date | Event | Supporting Evidence |
|---|---|---|
| Jan–Feb 2024 | Brendan O'Shaughnessy confirms next step is Grade 7 Sr.Solutions Architect | Email Screenshot (IMG_1110.jpeg) |
| Feb 2024 | Asana access denied for three weeks despite internal approval | DD.3-A; DD.1-A |
| Feb–Dec 2024 | Salesforce opps rerouted; stage data withheld from Plaintiff | DD.2; DD.5 |
| Apr–May 2025 | Workday continues to reflect "Grade 8B" despite AE-level workload | Compensation Screenshot (8B-GRADE LEVEL – FEB 2025.jpeg) |
| May 2024 | Role filters altered—Plaintiff disappears from internal dashboards | DD.6; internal audit trail references |
| June–July 2025 | Workday and Oracle history removed; opportunity audit blocked | DD.2; DD.5; CC.5 |

## III. SYSTEMATIC DIGITAL SUPPRESSION TACTICS

| System | Manipulation Method | Impact on Plaintiff |
|---|---|---|
| Workday | Grade field frozen; candidacy log removed | No advancement visibility or HR audit |
| SFDC Performance Platform | Input access granted; outcome fields locked or excluded | Promotions silently bypassed |
| Salesforce | Opportunities rerouted, renamed, or reopened under different IDs | Loss of attribution, no bonus eligibility |
| Internal Dashboards | Grade 7 metrics excluded from Plaintiff's view | Peer progress observed; Plaintiff's work disappeared |
| Compensation Systems (ADP/Paystub Review) | Grade 8B maintained to conceal misalignment | AE-level earnings diverted or unreviewed |

## IV. EXAMPLE: EMEA REGION DEAL REASSIGNMENT

Plaintiff directly qualified 25+ strategic leads for EMEA EVP Nora Boros. These SQLs were submitted between Q4 2023 and Q1 2024, with email or Microsoft Meetings handoffs. Within weeks:

- **Opportunities disappeared from Plaintiff's SFDC view**
- **They were later visible as closed-won opps under unrelated IDs**
- **Bonus tracking systems never attributed these to Plaintiff**
- **Workday updates and HR support were withheld or stalled**

This pattern directly supports allegations of **digital deal laundering and advancement fraud**.

## V. LEGAL IMPLICATIONS

- **FLSA Misclassification**: AE-level labor was concealed under Grade 8B to avoid promotion, bonus, and role upgrade responsibilities.
- **ERISA & Pay Transparency Violations**: Compensation was misaligned and untraceable due to internal record edits and rerouting.
- **Retaliation & Digital Sabotage**: Following protected activity, Plaintiff's role identity and opportunity trail were digitally dismantled.

## VI. SWORN DECLARATION

I, Emmanuel A. Lugo, declare under penalty of perjury:

Concentrix erased me on paper. I qualified for Grade 7. I led enablement for global teams. I handed off enterprise deals, trained staff, produced strategic reports. But when I tried to move forward, the record was gone. The deal IDs were gone. The bonus eligibility was gone. The grade promotion was gone.

They scrubbed me out of the system. I was told I was doing always great, while my advancement trail was being deleted in real time. I watched others use my work to rise while I remained locked in a role I had outgrown a year earlier. This was not negligence—it was intentional obstruction.

I submit this exhibit in support of my claim that Concentrix engaged in digital fraud and metadata-based retaliation to prevent my lawful advancement and erase my internal labor history.

Executed on this day, **July 31, 2025** in **Eagan, Minnesota.**

Respectfully submitted,
**/s/ Emmanuel A. Lugo**
*Pro Se* - Plaintiff
Dated: **July 31, 2025**

## VII. CROSS-EXHIBIT EVIDENCE

The digital manipulation and concealment of Plaintiff's advancement eligibility described in Exhibit DD.6 are further substantiated by the following exhibits:

- **Exhibits DD.1 and DD.2** establish that Plaintiff was assigned executive-tier responsibilities and deliverables while HR systems and incentive structures continued to reflect a stagnant "Grade 8B" classification, thereby suppressing formal promotion review.

- **Exhibits DD.3 and DD.5** document parallel conduct, where Plaintiff's outputs and qualified leads were either reattributed or removed from Salesforce view, preventing Plaintiff from monitoring deal progression, bonus eligibility, or AE candidacy.

- **Exhibit DD.3-A** and **Exhibit DD.1-A** show that Plaintiff's tool access, including Asana and strategic visibility dashboards, were selectively denied during key performance periods, further limiting Plaintiff's ability to track deliverables and receive credit.

- **Exhibit CC.5** provides supporting documentation regarding payroll anomalies and ADP metadata misalignment, where role misclassification resulted in bonus and ESPP exclusion despite clear performance indicators.

- **Exhibit BB.3** and **Exhibit DD.7** confirm that metadata access was further constrained following Plaintiff's EEOC and PACER filings, coinciding with the documented disappearance of Workday history, Salesforce opportunity logs, and Oracle audit trails.

- **Exhibit DD.8** ties the psychological and cognitive impact of prolonged digital erasure and obstruction to Plaintiff's collapse, including the emotional toll of watching peers rise on the back of Plaintiff's efforts.