UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| EMMANUEL A. LUGO, | ) | |
| Plaintiff, | ) | |
| v. | ) | **Case No.** 0:25-cv-02585-ECT-JFD |
| | ) | |
| CONCENTRIX CORPORATION, | ) | |
| Defendant. | ) | |

**EXHIBIT DD.7 - RETALIATORY TIMELINE AFTER PUBLIC WHISTLEBLOWING**

(Digital Interference, Surveillance Escalation, and Post-Filing Metadata Targeting)

## I. EXECUTIVE SUMMARY

This exhibit documents a targeted and escalating pattern of retaliation against Plaintiff Emmanuel A. Lugo after engaging in protected activity specifically whistleblower disclosures to federal agencies and the initiation of federal litigation. Following each public or legal action, Plaintiff experienced digital surveillance attempts, unauthorized access alerts, spoofed emails, and physical intimidation, all coordinated to inflict psychological distress, undermine legal efforts, and discourage further disclosure.

The pattern is supported by forensic evidence, timeline alignment with PACER filings, and metadata anomalies affecting Plaintiff's devices, emails, and accounts. These acts constitute direct retaliation under **Title VII, the ADA, and whistleblower protections, including violations of digital privacy and safety.**

## II. TIMELINE OF RETALIATORY EVENTS

| Entry | Date | Event Description | Linked Exhibits |
|---|---|---|---|
| 1 | June 13, 2025 | Filed complaints with FTC, EEOC, OSHA | AA.1–AA.4 |
| 2 | June 24, 2025 | Internal tools begin degrading; Salesforce permissions altered | BB.2; DD.6 |
| 3 | July 8, 2025 | Email to spiritual alias (therealmsseer@gmail.com) contains surveillance imagery and tracker pixel | BB.3 Entry #04; BB.7 |
| 4 | July 11, 2025 | Lockdown Mode blocks iCloud collaboration attempt from unknown sender (enc7r33s@icloud.com) | BB.4; BB.6 |
| 5 | July 13, 2025 | Plaintiff followed by a gray SUV after leaving a convenience store | DD.9 (forthcoming declaration) |
| 6 | July 14, 2025 | Whop.com phishing email sent to spiritual email; pixel blocked by ProtonMail | BB.7 |
| 7 | July 14, 2025 | Fing scan reveals previously flagged spoofed MAC address reappeared | BB.4; BB.6 |
| 8 | July 16, 2025 | BB.3 filed on PACER; defense goes silent; surveillance pings detected via ProtonMail logs | BB.3 |
| 9 | July 19, 2025 | BB.4 (Device Intrusion Report) filed; new Bitdefender warning appears on S4 Ultra | BB.4 |
| 10 | July 23, 2025 | Summons served; spoofed Snapchat phishing email follows 36 hours later | DD.7-A |
| 11 | July 25, 2025 | Email from "Wyze" camera brand contains autofilled internal ID field | CC.5; BB.5 |
| 12 | July 26, 2025 | DailyPay tracker-laced spam email received; Plaintiff never registered with platform | DD.7-B |
| 13 | July 27, 2025 | Security devices remain offline; Bond personal safety app activated | BB.4; DD.9 |

## III. RETALIATION PATTERN ANALYSIS

- **Post-Filing Escalation**: Nearly every phishing or surveillance alert occurred within 24–72 hours of a court filing, agency report, or whistleblower action.

- **Spiritual Identity Targeting**: Emails sent to Plaintiff's alias account used psychological cues, surveillance imagery, and brand mimicry to suggest intimidation.

- **Device and Network Manipulation**: MAC spoofing, network flooding, and Lockdown Mode activations corresponded with retaliation timelines.

- **Physical Safety Threats**: A July 13 vehicle-following incident post PACER and metadata submissions represents a convergence of digital and physical intimidation.

## IV. AGENCY SILENCE AND ENABLING CONTEXT

Despite Plaintiff's urgent communications to federal authorities, no protective oversight, response, or guidance was issued. EEOC, OSHA, and NLRB agents were aware of escalating threats, yet failed to respond in a timely or appropriate manner. Several retaliation events occurred days after Plaintiff submitted evidence to:

- **FTC (AA.1)**
- **EEOC (AA.2)**
- **MDHR (AA.3)**
- **OSHA/MNOSHA (AA.4)**
- **NLRB Region 8** (Updated Affidavit, July 17, 2025)

This inaction emboldened retaliatory actors and contributed to the breakdown of Plaintiff's security, trust, and safety. Executed on this day, **July 31, 2025** in **Eagan, Minnesota.**

Respectfully submitted,
**/s/ Emmanuel A. Lugo**
*Pro Se* - Plaintiff
Dated: **July 31, 2025**

## V. CROSS-EXHIBIT CORROBORATION

The events and digital escalation detailed in Exhibit DD.7 are substantiated and strengthened by the following cross-referenced exhibits:

- **Exhibits BB.3, BB.5, and BB.7** provide metadata confirmation of targeted surveillance, email tracker injections, and spiritual alias targeting, including pixel-blocked phishing attempts, surveillance-themed imagery, and SendGrid-originated spoofing.

- **Exhibits BB.4 and BB.6** document repeated device-level intrusion attempts, MAC address spoofing, network flooding, and Lockdown Mode activations, all synchronized to Plaintiff's PACER activity and agency filings.

- **Exhibits DD.7-A and DD.7-B**, incorporated within this timeline, confirm post-summons phishing and the use of daily finance spam as psychological bait, delivered within 48 hours of federal process service.

- **Exhibits AA.1 through AA.4 and Exhibit DD.9** demonstrate a pattern of agency silence and nonresponse from the FTC, EEOC, OSHA, and the NLRB, including post-submission escalation of threats with no coordinated intervention.

- **Exhibits DD.4 and DD.9** further validate the deterioration of Plaintiff's security and mental state, marked by security device failures and the activation of the Bond personal protection system in direct response to physical and digital threats.