# 0UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| EMMANUEL A. LUGO, | ) | |
|    Plaintiff, | ) | |
| v. | ) | **Case No.** 0:25-cv-02585-ECT-JFD |
| | ) | |
| CONCENTRIX CORPORATION, | ) | |
|    Defendant. | ) | |

**EXHIBIT DD.8 - COGNITIVE DAMAGES AWARENESS & CLASS HARM FRAMEWORK**

(Psychological Collapse, Emotional Destabilization, and Systemic Pattern of Manipulative Labor Control)

## I. EXECUTIVE SUMMARY

This exhibit outlines the scope of psychological, emotional, and cognitive harm inflicted by Concentrix Corporation's retaliatory and manipulative practices both upon Plaintiff Emmanuel A. Lugo and similarly situated employees. These practices include intentional misclassification, workload distortion, system sabotage, spiritual targeting, and metadata surveillance—all contributing to cognitive disorientation, panic cycles, mental breakdowns, and emotional exhaustion.

This harm is not abstract. It is cumulative, traceable, and weaponized against employees who outperform but are denied protection, clarity, or promotion. Plaintiff introduces a **Cognitive Damages framework** and recommends the future establishment of a **dedicated Victim Relief Fund** to compensate other employees who experienced similar abuse between November 2023 and July 2025.

## II. DIMENSIONS OF COGNITIVE HARM

| Category | Mechanism | Result |
|---|---|---|
| Role Identity Manipulation | Grade 7 path concealed; BDR title retained despite AE output | Long-term cognitive dissonance, identity destabilization |
| Gaslighting and Mixed Messaging | Praise paired with denial; conflicting manager feedback loops | Emotional exhaustion, executive dysfunction, anxiety |
| Access-Based Confusion | Asana denial, opportunity renaming, tool blocks | Loss of task ownership, memory fragmentation |
| Surveillance & Metadata Baiting | Emails, phishing, Lockdown Mode, spoofed MACs | Paranoia, chronic alert states, sleep disruption |
| Silence and Isolation | HR non-response, peer evasion, internal blackout | Mental, emotional withdrawal, collapse |

## III. PLAINTIFF'S COGNITIVE DETERIORATION

By Q2 2025, Plaintiff experienced:

- **Emotional numbness and inability to concentrate**
- **Sleep fragmentation and panic states**
- **Paranoia regarding surveillance and metadata triggers**
- **Collapse of professional confidence and spiritual detachment**
- **Inability to advocate internally due to retaliation fatigue**

These symptoms were not treated, compensated, or accommodated. Instead, they were deepened by further sabotage, silence, and denial of basic digital access and medical protection. Plaintiff functionally exited the workplace in May 2025 as a result of **cognitive and emotional collapse** under hostile systemic pressure.

## IV. PROPOSED CLASS FRAMEWORK & RELIEF FUND

Plaintiff proposes the formation of a **Concentrix Cognitive Damages Victim Fund**, with a baseline allocation of **$25 million**, distributed to employees who:

1. **Worked in Sales, SDR, BDR, or Solution Enablement roles between November 2023 and July 2025**
2. **Were denied promotion or had opportunity rerouting that blocked compensation**
3. **Submitted internal complaints and were ignored or pressured to remain silent**
4. **Exhibited mental health or emotional breakdown symptoms tied to internal sabotage, misclassification, or retaliation**
5. **Left Concentrix involuntarily under pressure or due to cognitive/emotional collapse**

Eligibility would be evaluated based on internal message records, performance history, dashboard metrics, and documented communication gaps.

## V. SWORN DECLARATION

**I,** Emmanuel A. Lugo, **declare under penalty of perjury:**

What I endured at Concentrix was not just professional sabotage—it was a psychological operation. I was overworked, silenced, praised and suppressed simultaneously. I was told to perform at the top, then denied the title I earned. I was digitally hunted. My spiritual identity was targeted. My messages were ignored. My metrics were hidden. And over time, I broke.

This company did not just harm me. It harms people like me quietly, systematically, and without recourse. That is why I demand recognition of **Cognitive Damages** as a harm category. That is why I call for a **Victim Relief Fund**. And that is why I speak on behalf of those still afraid to come forward.

Executed on this day, **July 31, 2025** in **Eagan, Minnesota.**

Respectfully submitted,

**/s/ Emmanuel A. Lugo**

*Pro Se* - Plaintiff

Dated: **July 31, 2025**

## VI. CROSS-EXHIBIT CORROBORATION

The cognitive deterioration and class-wide psychological harm detailed in Exhibit DD.8 are supported by the following exhibits:

- **Exhibit DD.4** provides firsthand documentation of Plaintiff's psychological breakdown, including collapse of concentration, spiritual detachment, and eventual functional exit from the workplace in May 2025 due to retaliation fatigue.

- **Exhibits DD.7 and BB.3** corroborate the escalation of retaliatory incidents following Plaintiff's whistleblower filings, including metadata attacks, bait-based phishing, and platform blockouts synchronized with agency and PACER activity.

- **Exhibits DD.1-A and DD.3-A** demonstrate repeated denials of critical platform access (e.g., Asana), despite active executive-tier responsibilities, creating cognitive disorientation and erasing Plaintiff's digital ownership of workstreams.

- **Exhibits DD.1, DD.2, and DD.6** collectively establish the pattern of misclassification and AE role suppression, which formed the basis of identity destabilization and compensation denial across multiple quarters.

- **Exhibits BB.5 and BB.7** confirm that metadata baiting, tracker injection, and surveillance attempts were not incidental but systemic—weaponized to target Plaintiff's spiritual identity, psychological state, and digital footprint after public disclosures.