

07/31/2023

Emmanuel Lugo
2781 North Carroll Avenue
Dallas, Texas 75204

Dear Emmanuel:

On behalf of Concentrix CVG Customer Management Group Inc. ("Concentrix" or "Company"), I am pleased to offer you the position of Professional II, Marketing Development Team, reporting to Ryan Pearlman. Your expected start date is 08/14/2023. This is a Full time, exempt position.

In this role, you will usually work normal business hours during the week, but you may be required to work more hours than normally scheduled depending on workload and legitimate business needs.

In this role, you will be paid a salary of $65,000.00 U.S. Dollars annually, minus all deductions you authorize or that are required by law. As an exempt employee, you will not be eligible for overtime pay under federal or state wage and hour laws for any hours worked beyond 40 hours in a workweek.

Your total compensation package also includes paid holidays, paid time off, and eligibility to participate in various company-sponsored benefits, subject to plan terms and applicable waiting periods. Additional information regarding these benefits will be provided to you during your first week of employment.

This job offer is contingent upon the following:

- Satisfactory review of your personal and/or professional references;
- Verification of employment eligibility in accordance with requirements of the Department of Homeland Security (e.g., completion of Form I-9 and E-Verify approval);
- Passing a pre-employment due diligence evaluation, which may include but is not limited to a criminal background information check(s), educational verification, and drug screening;
- Agreeing to the terms and conditions of Concentrix's Proprietary Information and Inventions Agreement, which is attached hereto and incorporated by reference into this offer letter as Addendum A; and
- Agreeing to the applicable terms and conditions of Concentrix's Home Agent Agreement, which is attached hereto and incorporated by reference into this offer letter as Addendum B.

Your employment with Concentrix will be at-will. This means that either you or Concentrix may terminate the employment relationship for any lawful reason, with or without cause or notice. Although your job duties, title, compensation, benefits, and Concentrix's policies may change from time to time, the at-will nature of your employment will not. By signing below, you agree this letter constitutes the full and complete agreement between you and Concentrix regarding the at-will nature of your employment. Your signature also demonstrates that you knowingly and voluntarily agree to the terms and conditions of any Addenda attached hereto. Please also note that if you are provided with a Company computer, you agree to promptly return it when your employment ends, as more fully set forth in Exhibit A, Section C(1) of Addendum B (below) and failure to return any Company-provided equipment may result in Concentrix exercising all available legal remedies to ensure its return, including possible filing of a criminal complaint with law enforcement.

1



To accept this offer, please indicate your acceptance within five (5) business days. We look forward to your success with Concentrix!

If you have any further questions about your onboarding process, please contact your recruiter. Cheryl Norton - cheryl.norton@concentrix.com

Sincerely,

Judith Summerlin

VP, People Solutions

Acceptance:

{{sig_es_:signer1:signature}}
Name


 {{dte1_es_:date}}
Date


**ADDENDUM A**

Proprietary Information and Inventions Agreement

The following Agreement confirms certain terms of my employment with the Company (as defined below) which is a material part of the consideration for my employment by the Company and the compensation received by me from the Company from time to time.  The headings contained in this Agreement are for convenience only, have no legal significance, and are not intended to change or limit this Agreement in any manner whatsoever.

**A.        Definitions**

1.        The "Company"

As used in this Agreement, the "Company" refers to Concentrix Corporation ("Concentrix") and each of its subsidiaries or affiliated companies, except where the "Company" is used in the introductory paragraph and in the assignments in Sections B., C., D., E.1, E.2 and E.3, where the "Company" instead refers to the specific entity under which I am employed at the time the assignment takes effect.  I recognize and agree that my obligations under this Agreement and all terms of this Agreement apply to me regardless of whether I am employed by or work for Concentrix or any other subsidiary or affiliated company of Concentrix.  Furthermore, I understand and agree that the terms of this Agreement will continue to apply to me even if I transfer at some time from one subsidiary or affiliate of the Company to another.  I recognize and agree that any assignments I make under this Agreement are only to the extent that ownership of the applicable Proprietary Information, or other intellectual property or materials are not already held by the Company employing me at the time the assignment takes effect.

2.        "Proprietary Information"



I understand that the Company possesses and will possess Proprietary Information which is important to its business.  For purposes of this Agreement, "Proprietary Information" is information that was or will be developed, created, or discovered by or on behalf of the Company, or which became or will become known by, or was or is conveyed to the Company, which has commercial value in the Company's business.

"Proprietary Information" includes, but is not limited to information about software programs and subroutines, source and object code, algorithms, trade secrets, designs, technology, know-how, processes, data, ideas, techniques, inventions (whether patentable or not), works or authorship, formulas, business and product development plans, customer lists, terms of compensation and performance levels of Company employees, Company customers and other information concerning the Company's actual or anticipated business, research or development, or which is received in confidence by or for the Company from any other person and which is not in the public domain (other than as a result of a breach of confidence).

I understand that my employment creates a relationship of confidence and trust between the Company and me with respect to Proprietary Information.

3.    "Company Documents and Materials"

I understand that the Company possesses or will possess "Company Documents and Materials" which are important to its business.  For purposes of this Agreement, "Company Documents and Materials" are documents or other media or tangible items that contain or embody Proprietary Information of any other information concerning the business, operations or plan of the Company, whether such documents, media or items have been prepared by me or by others.

"Company Documents and Material" include, but are not limited to, blueprints, drawing, photographs, charts, graphs, notebook, customer lists, computer disks, tapes or printouts, sound recordings and other printed, typewritten or handwritten documents, sample products, prototypes and models.

**B.      Assignment of Rights**

All Proprietary Information, and all patents, patent rights, copyrights, trade secret rights, trademark rights and other rights (including, without limitation; intellectual property rights) anywhere in the world in connection with Proprietary Information, is and shall be the sole property of the Company.  I hereby assign to the Company any and all rights, title and interest I may have or acquire in such Proprietary Information.

At all times, both during my employment by the Company and after its termination, I will keep in confidence and trust and will not use or disclose any Proprietary Information or anything relating to it without the prior written consent of an officer of the Company, except as may be necessary in the ordinary course of performing my duties to the Company.

**C.      Maintenance and Return of Company Documents and Materials**

I agree to make and maintain adequate and current written records, in a form specified by the Company, of all inventions, trade secrets and works of authorship assigned or to be assigned to the Company pursuant to this Agreement.  All Company Documents and Material are and shall be the sole property of the Company.

I agree that during my employment by the Company, I will not remove any Company Documents and Material from the business premises of the Company or deliver any Company Document and Materials to any person or entity outside the Company, except as I am required to do in connection with performing the duties of my employment.  I further agree that, immediately upon the termination of my employment by me or by the Company for any reason, or during my employment if so requested by the Company, I will return all Company Documents and Material, apparatus, equipment and other physical property, or any reproduction of such property, excepting only (i) my personal copies of records relating to my compensation; (ii) my personal copies of any material previously distributed generally to stockholders of the Company; and (iii) my copy of this Agreement.

**D.      Disclosure of Inventions to the Company**

I will promptly disclose in writing to my immediate supervisor or to such other person designated by the Company all "Inventions," which includes, without limitation, all software programs or subroutines, source or object code, algorithms, improvements, inventions, works of authorship, trade secrets, technology, designs, formulas, ideas, processes, techniques, know-how and data, whether or not patentable, made or discovered or conceived or reduced to practice or developed by me, either alone or jointly with others, during the term of my employment.

3



I will also disclose to the President of the Company all Inventions made, discovered, conceived, reduced to practice, or developed by me within six (6) months after the termination of my employment with the Company which resulted, in whole or in part, from my prior employment by the Company.  Such disclosures shall be received by the Company in confidence (to the extent such Inventions are not assigned to the Company pursuant to Section (E) below) and do not extend the assignment made in Section (E) below.

**E.       Rights to New Ideas**

1.       Assignment of Inventions to the Company

I agree that all Inventions which I make, discover, conceive, reduce to practice or develop (In whole or in part, either alone or jointly with others) during my employment shall be the sole property of the Company to the maximum extent permitted by Section 2870 of the California Labor Code or any like statute of any other state.  Section 2870 provides as follows:

a.       Any provision in an employment agreement which provides that an employee shall assign, or offer to assign, any of his or her rights in an invention to his or her employer shall not apply to an invention that the employee developed entirely on his or her own time without using the employer's equipment, supplies, facilities, or trade secret information except for those inventions that either:

(1) Relate at the time of conception or reduction to practice of the invention to the employer's business, or actual or demonstrably anticipated research or development of the employer; or

(2) Result from any work performed by the employee for his employer.

b.       To the extent a provision in an employment agreement purports to require an employee to assign an invention otherwise excluded from being required to be assigned under subdivision (a), the provision is against the public policy of this state and is unenforceable.

The assignment shall not extend to Inventions, the assignment of which is prohibited by Labor Code Section 2870.

2.       Works Made for Hire

The Company shall be the sole owner of all patents, patent rights, copyrights, trade secret rights, trademark rights and all other intellectual property or other rights in connection with Inventions.  I further acknowledge and agree that such Inventions, including, without limitation, any computer programs, programming documentation, and other works of authorship, are "works made for hire" for purposes of the Company's rights under copyright laws, and in countries which do not recognize "works made for hire", are nonetheless created by me as an employee in pursuance of my terms of employment.  I hereby assign to the Company any and all rights, title and interest I may have or acquire in such Inventions.  If in the course of my employment with the Company, I incorporate into a Company product, process or machine a prior Invention owned by me or in which I have interest, the Company is hereby granted and shall have a nonexclusive, royalty-free, irrevocable, perpetual, sublicensable, worldwide license to make, have made, modify, use, market, sell, and distribute such prior Invention as part of or in connection with such product, process or machine.

3.       Cooperation

I agree to perform, during and after my employment, all acts deemed necessary or desirable by the Company to permit and assist it, at the Company's expense, in further evidencing and perfecting the assignments made to the Company under this Agreement or otherwise vested in the Company as a result of my employment and in obtaining, maintaining, defending and enforcing patents, patent rights, copyrights, trademark rights, trade secret rights or any other rights in connection with such Inventions and improvements thereto in any and all countries.  Such acts may include, but are not limited to, execution of documents and assistance of cooperation in legal and proceedings.  I hereby irrevocably designate and appoint the Company and its duly authorized officers and agents, as my agents and attorney-in-fact to act for and on my behalf and instead of me, to execute and file any documents, applications or related finding and to do all other lawfully permitted acts to further the purposes set forth above in the Subsection 3, including, without limitation, the perfection of assignment and the prosecution and issuance of patents, patent applications, copyright applications and registrations, trademark applications and registrations or other rights in connection with such Inventions and improvements thereto with the same legal force and effect as if executed by me.

4.       Assignment or Waiver of Moral Rights

4



Any assignment of copyright hereunder (and any ownership of a copyright as a work made for hire or otherwise created as an employee in pursuance of my terms of employment) include all rights of paternity, integrity, disclosure and withdrawal and any other rights that may be known as or referred to as "moral rights" (collectively "Moral Rights").  To the extent such Moral Rights cannot be assigned under applicable law and to the extent the following is allowed by the laws in the various countries where Moral Rights exist, I hereby waive such Moral Rights and consent to any action of the Company, including not recognizing me as a creator of any work, that would violate such Moral Rights in the absence of such consent.

5.  List of Inventions

I have attached hereto as <u>Exhibit A</u> a complete list of all inventions or improvements to which I claim ownership and that I desire to remove from the operation of this Agreement, and I acknowledge and agree that such list is complete.  If no such list is attached to this Agreement, I represent that I have no such inventions or improvements at the time of signing this Agreement.

**F.    Non-Solicitation of Company Employees**

During the term of my employment and for one (1) year thereafter, I will not encourage or solicit any employee of the Company with whom I have had dealings or received confidential information in the two years prior to leaving the Company to leave the Company for any reason or to accept employment with any other company.  As part of this restriction, I will not interview or provide any input to any third party regarding any such person during the period in question.  However, this obligation shall not affect any responsibility I may have as an employee of the Company with respect to the bona fide hiring and firing of Company personnel.

**G.    Company Authorization for Publication**

Prior to submitting or disclosing for possible publication or dissemination outside the Company any material prepared by me that incorporates information that concerns the Company's business, I agree to deliver a copy of such material to an officer of the Company for his or her review.  Within twenty (20) days following such submission, the Company agrees to notify me in writing whether the Company believes such material contains any Proprietary Information or Inventions, and I agree to make such deletions and revisions as are reasonably requested by the Company to protect its Proprietary Information and Inventions.  I further agree to obtain the written consent of the Company prior to any review of such material by persons outside the Company.

**H.    Duty of Loyalty**

I agree that, during my employment with the Company, I will not provide consulting services to or become an employee of, any other firm or person engaged in a business in any way competitive with the Company, without first informing the Company of the existence of such proposed relationship and obtaining the prior written consent of my manager and the Human Resource Manager responsible for the organization in which I work.

**I.    Former Employer Information**

I represent that my performance of all the terms of this Agreement and as an employee of the Company does not and will not breach any agreement to keep in confidence proprietary information, knowledge or data acquired by me in confidence or in trust prior to my employment by the Company, and I will not disclose to the Company or induce the Company to use any confidential or proprietary information or material belonging to any previous employer or others.  I have not entered into and I agree I will not enter into any agreement, either written or oral, in conflict herewith or in conflict with my employment with the Company.  I further agree to conform to the rules and regulation of the Company.

**J.    Termination of Employment**

I acknowledge that my employment can be terminated by me, or by the Company, by giving written notice in accordance with the National Employment Standards, or if a longer period is stipulated in my letter of offer from the Company, that longer period of notice.  The Company may elect to make a payment in lieu of notice for part or all of the notice period.  For all or part of your notice period (or at any time during your employment), the Company may direct you not to attend for work at its premises, to attend for work at a different location to your usual work location, to perform no work, or to perform designated duties whether or not these duties form part of your usual role.



The Company may immediately terminate your employment without notice or payment in lieu of notice if you engage in any misconduct and you will be paid to the date of termination only.

I understand and agree that nothing about the fact or the content of this Agreement is intended to, nor should be construed to, alter the Company's right to terminate my employment in accordance with this clause.

**K.        Severability**

I agree that if one or more provisions of this Agreement are held to be unenforceable under applicable law, such provisions shall be excluded from this Agreement and the balance of the Agreement shall be interpreted as if such provision were so excluded and shall be enforceable in accordance with its terms.

**L.        Authorization to Notify New Employer**

I hereby authorize the Company to notify my new employer about my rights and obligations under this Agreement following the termination of my employment with the Company.

**M.        Entire Agreement**

This Agreement sets forth the entire agreement and understanding between the Company and me relating to the subject matter herein and merges all prior discussions between us, including but not limited to any and all statements made by any officer, employee or representative of the Company regarding the Company's financial condition or future prospects.  I understand and acknowledge that, except as set forth in this Agreement and in the offer letter from the Company to me, (i) no other representation or inducement has been made to me, (ii) I have relied on my own judgment and investigation in accepting my employment with the Company, and (iii) I have not relied on any representation or inducement made by any officer, employee or representative of the Company.  No modification of or amendment to this Agreement nor any waiver of any rights under this Agreement will be effective unless in a writing signed by the President of the Company and me.  I understand and agree that any subsequent change or changes in my duties, salary or compensation will not affect the validity or scope of this Agreement.

**N.        Effective Date**

This Agreement shall be effective as of the first day of my employment with the Company and shall be binding upon me, my heirs, executor, assigns and administrators and shall inure to the benefit of the Company, its subsidiaries, successors and assigns.

**O.        Governing Law**

I understand and agree that this Agreement shall be interpreted and enforced in accordance with the laws of my country.


**I HAVE READ THIS AGREEMENT CAREFULLY AND I UNDERSTAND AND ACCEPT THE OBLIGATIONS WHICH IT IMPOSES UPON ME WITHOUT RESERVATION.  NO PROMISES OR REPRESENTATIONS HAVE BEEN MADE TO ME TO INDUCE ME TO SIGN THIS AGREEMENT.  I SIGN THIS AGREEMENT VOLUNTARILY AND FREELY.**


**Addendum B**


<u>**HOME AGENT AGREEMENT**</u>


The following Home Agent Agreement ("HAA") confirms certain terms of my employment with Concentrix Corporation and each of its subsidiaries or affiliated companies ("Concentrix") which is a material part of the consideration for my employment by the Company and the compensation received by me from the Company from time to time.  The headings contained in this HAA are for convenience only, have no legal significance, and are not intended to change or limit this HAA in any manner whatsoever.


**A.        Confidential Information: Definition and Non-Disclosure Obligations**



I acknowledge that I will be required to maintain at home certain confidential and proprietary information of Concentrix and/or its clients, including, but not limited to records, reports, data and information, trade secrets, financial information, and business plans and methods (hereinafter "Confidential Information"). I acknowledge and agree that: (1) such Confidential Information is the property of Concentrix and/or its client and provides Concentrix and/or its client with substantial competitive advantage; and (2) Concentrix and/or client would suffer great loss and injury if I were to disclose any of the Confidential Information. I understand that any written Confidential Information must be kept in a locked file in my home work area when not in use and must not be accessible to others. In addition, I acknowledge that my computer must be password maintained and shut down at the end of the work shift. I will comply with all other Concentrix policies and procedures (which may be amended from time to time) regarding the safekeeping of Confidential Information.

Additionally, if I am working on an assignment which requires HIPAA compliance, I am to adhere to all privacy practices specific to the program and any data classified as "protected health information" must be guarded to the fullest extent feasible under the program.

I agree to accept responsibility for activities performed under my identification (such as passwords, access codes and/or access badges) except where my identification was improperly used by others without my fault or negligence; to keep myself updated on changes to the Concentrix Privacy and Security Policy and supporting guidelines; and to report any cases or suspected violations to my manager, People Solutions, or Concentrix Security.  I understand and agree that failure to comply with the provisions of this paragraph may lead to disciplinary action, up to and including dismissal.  I further acknowledge that I am required and will ensure that I attend Privacy/Security Awareness Training sessions as directed.

**B.        Home Work Area**

1.        <u>Maintenance of Home Work Area</u>

To ensure the quality of service Concentrix provides to our clients' customers, I will maintain a separate, designated work area at home, which area must be approved by Concentrix before I begin work at home. I will work only in this designated work area.

I will maintain the home work area free of distractions, safety hazards and other dangers, and will use and maintain equipment and supplies in a safe and appropriate manner. I will set up and maintain the home work area in accordance with the safety standards specifically set forth on the attached Exhibit A (which may be amended from time to time by Concentrix).

I acknowledge and agree that potential distractions and conflicting demands must be resolved in advance of the work-at home arrangement. The success of our Company depends upon the high level of service that I provide to our clients and their customers. My attendance at work is critical to maintaining that level of service. Attendance for all hours and days of training is critical to my success and to the success of Concentrix and our clients and is therefore required.

I agree to maintain a personal land line phone or mobile phone. I will store my mobile phone outside the work environment or in an "off" state during my work shift, with the following exceptions:

• A mobile phone may be used to communicate with a Team Lead or IT support technician when performing troubleshooting activities that render corporate voice systems inoperable. I agree to be available during my work shift for troubleshooting; however, immediately following the resolution of the issue, the phone must be removed from the work area or turned off.

• A mobile phone may be used at the start of a shift to receive login verification; however, immediately following receipt of the verification, the phone must be removed from the work area or turned off.



I will grant Concentrix or its designee, at any time during my scheduled work hours, immediate entry into my home work area for any purpose deemed necessary by Concentrix, including but not limited to maintenance of Concentrix equipment or audit of my home work area. I may deny entry outside of my scheduled work hours, unless Concentrix provides at least one hour's advance notice. If I am unable to comply within one hour outside of my scheduled work hours to allow Concentrix to enter, I understand that my access credentials may be revoked until such time as the visit is completed.

2.        Workplace Accidents and Reporting

I will immediately report any work-related injuries to my supervisor. I understand that unexplained delays in reporting accidents or injuries could jeopardize my eligibility for workers' compensation benefits. I understand that Concentrix may visit my home to investigate any accident or injury report.

I understand that Concentrix assumes no liability for injuries to me that occur outside of the course and scope of my employment. Standard workers' compensation coverage will be provided by Concentrix. I agree to indemnify and hold harmless Concentrix, and be wholly responsible for injuries to other persons or damage to property that occur on my premises.

3.        Indemnification

I agree to defend, indemnify and hold harmless Concentrix, its affiliates, contractors, employees, and agents from and against any and all claims, demands, or liability (including any related losses, costs, expenses, and attorneys' fees) resulting from or arising in connection with the injury to or death of persons (except for work-related injuries to me in the course and scope of my employment) or damage to property, caused directly or indirectly by the services provided by me, or by my misconduct, recklessness, or negligent acts or omissions in the performance of my duties and obligations under this HAA, except where such claims, demands, or liability arise solely from the gross negligence or willful misconduct of Concentrix.

**C.        Privacy and Use of My Personal Information**

I acknowledge that Concentrix will collect and maintain my personal email and phone numbers for communication purposes, and that this information will be collected and stored in a secured HRIS system. Concentrix will comply with the privacy legislation of my state and/or province and in accordance with PIPEDA legislation will not sell, re-sell, distribute or disclose my personal information to any third-party company or members.

However, the Company may from time to time collect, use, retain and disclose my Employee Personal Information in accordance with the Company's Privacy Policy provided that Concentrix shall ensure reasonable commercial efforts will be taken in protecting and ensuring the security of such information.

The Company may have reason to disclose to its (i) client's, (ii) third party agents, and service providers (collectively "Approved Parties") my Employee Personal Information for the purpose of:  (i) establishing and maintaining my employee relationship with the Company; (ii) to develop, enhance, and provide employee products and services; (iii) manage and develop personnel and employment materials, (iv) to meet legal and regulatory requirements and (v) to meet Concentrix' client contractual obligations.

Examples of providing my Employee Personal Information to third parties may include, but are not limited to: (i) the transfer of Employee Personal Information to a third party for payroll processing; (ii) benefits administration; and (iii) employee account creation on a client's systems for delivery of Concentrix' services.

8



I acknowledge that on rare occasions when Company communication lines are inoperable, Concentrix will communicate with me through my personal email, phone, and text messaging accounts, including but not limited to those occasions when my work equipment is not functioning properly. I acknowledge and accept all risks and responsibilities and costs resulting from such transmission or communication, including but not limited to risks pertaining to errors in transmission, misunderstandings or errors of identification which might occur, and I fully release Concentrix from any such responsibilities. I will treat all emails and text messages that I receive as Confidential Information and keep them in accordance with the Concentrix Corporate Code of Ethical Business Conduct, and the confidentiality provisions as set out in Section A of this HAA. I agree to be solely responsible for any costs associated with the transmission of personal emails or text messages, and I fully understand and acknowledge that Concentrix is not responsible for any monetary reimbursement to me for any associated communication costs to me as a result of communicating with me via my personal email and/or cellular device.

### D.      Communications Monitoring

I understand and agree that when applicable, (i) Concentrix and/or its clients, third party agents and services providers may monitor any business-related telephone conversations made in the course and scope of my work for the purposes of (i) quality control, (ii) transaction confirmation and/or (iii) security.  I also understand and agree in advance that I will not be notified when this monitoring is taking place and that Concentrix has sole discretion to determine the time, place and manner of all monitoring.

I agree to act in accordance with the Concentrix Personal Call Policy, that among other guidelines, forbids the acceptance of a personal call on a client business line during my scheduled hours of work.  Nevertheless, in the event that an approved monitor inadvertently begins monitoring a personal call, the approved monitor will cease monitoring immediately and keep any conversation overheard in confidence.

Concentrix is committed to deliver quality assurance and customer satisfaction to its clients. Concentrix is also committed to ethical practices and maintaining a secure environment for the confidential information of the Company and its clients. Accordingly, I understand that as part of my role as an Advisor with Concentrix Corporation, I will be monitored on a regular basis for training and development, quality assurance, ethical, and security purposes. I acknowledge and agree that Concentrix has the right to search, monitor, or record (i) my email communications and internet use that are on Company servers or networks; (ii) my telephone calls that are subject to customer quality assurance; and (iii) equipment provided to me by Concentrix or its clients. This applies whether or not I am working in a public or private location.

If my role involves providing customer support, I agree that Concentrix and its clients may randomly monitor and record my internet use, telephone calls, emails, or other customer communications for quality assurance purposes, without further notice to me, and that the results of such monitoring can be used to assess my work performance.

For any device, equipment, or account that is used in the course of performing my work, I will use such equipment or account in accordance with the Code of Ethical Business Conduct, Concentrix policies, and client policies. I acknowledge that failure to do so may result in disciplinary action or even termination.

### E.      Media Release



I hereby grant Concentrix all rights of every kind to photograph or record me using any type of media ("Media"). I voluntarily grant Concentrix any and all of my rights, titles, and interests in and to the Media including, without limitation, a royalty-free right for Concentrix, and its affiliates, consultants, vendors and agents to edit, copy, distribute, combine, create derivative works of, and use the Media, in whole or in part, anywhere in the world and for any purpose. I also voluntarily consent to Concentrix including my image in the Media in the exercise of its rights, titles and interests granted under this release. The rights granted by me in this release include, without limitation, the right of publicity, moral rights, and the right to use the Media for promotional and marketing activities, including, without limitation, marketing and promotional activities involving Concentrix's website, newsletters, press releases, Twitter, Facebook, program brochures and special events. The right to distribute granted under this release includes, without limitation, the right to distribute the Media to cable and television networks, newspapers, public relations firms social media and other media outlets, that may display and share the Media with their customers and other persons.

I hereby agree to indemnify and hold harmless Concentrix against any and all claims, demands, lawsuits, liabilities, expenses (including but not limited to, reasonable fees and disbursements of counsel and court costs), judgments, settlements and penalties caused or arising from the Company's use of the Media.

### F.       At-Will Employment

The requirements set forth in this HAA, along with any exhibits, do not obligate Concentrix to employ me for any length of time, and I acknowledge that my employment is still at-will.

### G.       Survival

The obligations of Section A, subsection 3 of Section B, Section C, Section E, and all other provisions of this HAA which, by their nature, are intended to survive the agreement will survive termination of this HAA for any reason.

**Exhibit A**

**Security and Technology Guidelines**

I acknowledge that in order to qualify for a work-at-home position with Concentrix, my home office must meet the requirements below. By accepting a work-at-home position, I am confirming that I currently own and can operate a system meeting all the requirements below, and that I will continue to do so, including making future required upgrades or changes, for the length of my employment with Concentrix.

### A.       Internet Connectivity (**Home Agents Only**)

1.      I agree to:
- Work on the same internet connection from which I tested connectivity during the application process;
- Notify Concentrix before making any changes to my internet connection or router during my application process or employment, so that Concentrix can retest my connection to ensure the requirements set forth below are met;
- Receive pre-approval before using a different connection to perform work;
- Use the internet for work purposes only during work hours, including media streaming, gaming, and preventing web usage by other members of my household; and
- Notify People Solutions or Recruiting immediately if I do not think the voice quality or internet speed meets the requirements set forth below to discuss options.



I understand that failing to abide by the above conditions may result in disciplinary action, up to and including termination of my employment.

2.  Minimum Specifications:
- Cable or DSL Internet Service Provider (ISP) on approved list (Satellite/Wireless ISP's are not permitted);
- Subscribed Upload Rate equal or exceeds 3 Mbps;
- Subscribed Download Rate equal or exceeds 5 Mbps;
- ISP must be highly stable with no packet loss and latency under 100ms; and
- Employee is required to provide a separate router that sits between the ISP provided modem and their home agent equipment (desktop/phone). If ISP has supplied a combo router/modem, the employee is still required to provide a separate standalone router.

I acknowledge that these specifications may change in the future, and I will be responsible for having or maintaining equipment meeting the current specifications at any time.

**B.       Employee-Supplied Computer and Equipment (Home Agents Only)**

1.  Minimum Specifications:
- Desktop or Laptop with supported Microsoft Windows Operating System (Apple/Mac, Chromebook, & Android systems are not compatible);
- Minimum of 17" Monitor with minimum horizontal resolution of 1280 and minimum vertical resolution of 766;
- Intel or AMD processor (excluding all smartphone & tablet CPU's);
- PC age (manufacture date) of less than 6 years;
- 4GB RAM;
- 12GB Free hard drive space;
- 3 unused USB ports;
- Wired Ethernet LAN. WiFi/Wireless is not permitted;
- All peripherals must be wired. No wireless Keyboard, Mouse, or Headset;
- Approved Headset
- Approved USB Thumb Drive (if applicable).
- Web Camera (if applicable)

I acknowledge that these specifications may change in the future, and I will be responsible for having or maintaining equipment meeting the current specifications at any time.

2.  Software:

I understand I will be required to install a suite of commercial security and access software. This software will secure the PC where access to Concentrix and client applications will be enabled. It will restrict my computer to necessary business-related web and streaming sites. While I am connected to the Concentrix network, I will only be able to access approved systems/services.

**C.       Employer-Supplied Computer and Equipment**

11



1. Return of Equipment:

When my employment terminates for any reason, I agree to promptly return any property (including but not limited to any computer or other equipment provided by Concentrix. Concentrix views any failure or refusal to return such equipment as theft and I understand that failure and/or refusal to promptly return any such equipment may result in Concentrix exercising all available civil and criminal legal remedies including contacting law enforcement authorities for possible criminal prosecution. I further understand that I will be responsible for any legal fees associated with any legal proceedings required to retrieve the property if I fail to return the property. If I do not return the equipment that Concentrix has provided to me within (2) business days of my last day worked, Concentrix has my permission to contact me through any and all of the following:

- Home visit;
- Voice calling to my personal home and mobile phone number(s), including via automated outbound dialer;
- Text messages to my personal mobile phone number, including via automated bot or outbound dialer; and/or
- My personal email addresses.

I understand that I have the option to revoke this consent at any time.

2. Software:

I understand that the equipment provided to me by Concentrix is preloaded with AirWatch software that allows Concentrix to track, remote-wipe, and deactivate the equipment at any time.

D. Security Measures

1. I understand that Concentrix has contractual and legal obligations to implement security measures to ensure that IT Systems, and personal and confidential information on IT Systems, are only accessed and used by Concentrix staff who are granted access to the IT Systems for purposes of providing call center services requested by clients.

2. I further understand that in the case of staff who provide services from Concentrix sites, Concentrix uses physical security measures, including employee ID cards and visual monitoring, to confirm and ensure that IT Systems are only accessed and used by Concentrix staff who have been granted access to the IT Systems by Concentrix.

3. Moreover, I understand that in the case of staff who provide call center services from a personal residence (" **Home Agents**"), Concentrix cannot use physical security measures used at Concentrix's sites to confirm and ensure that an individual accessing and using IT Systems is the Home Agent who was granted access to the IT Systems. Concentrix uses certain different security measures for a Home Agent working from his or her personal residence to confirm that the individual accessing and using IT Systems is the Home Agent who was granted access to the IT Systems.

4. Therefore, I hereby consent as follows:

• I consent to the use of voice recognition technology that collects, retains and analyzes my verbal statements (biometric data) when I log on to IT Systems for the purpose of confirming and ensuring that I am the individual accessing IT Systems ("**Voice Recognition**"); and

• I consent to the use of cameras and facial recognition technology that will collect, retain and analyze images of my face (biometric data) while I am using IT Systems for the purpose of confirming and ensuring that I am the individual using the IT Systems (**"Facial Recognition"**).



5.        Concentrix acknowledges and agrees that that your biometric data collected, retained and used for Voice Recognition and Facial Recognition are confidential information and Concentrix maintains physical, administrative and technical safeguards necessary to comply with applicable law and to protect the confidentiality, integrity, availability and security of your biometric data. Concentrix will ensure that your biometric data whether stored (i.e., data at rest) or transmitted (i.e., data in motion) over the public internet are encrypted using valid encryption processes. Concentrix will only retain your biometric data for so long as you are providing services as a Home Agent for Concentrix, or for any longer period of time required under applicable law and, when there is no longer a valid reason to retain your biometric data, Concentrix will promptly and securely erase or destroy your biometric data collected, retained or used for purposes of Voice Recognition and/or Facial Recognition (e.g., shredded in the case of hard copy materials and, in the case of electronic files, deleted and overwritten to a level sufficient to ensure the numbers cannot be retrieved or reconstructed).