MENU  concentrix                    Search

# Talent and Performance

### What's my Opportunity Graph?
What's my Opportunity Graph:
Opportunity Graph is a graphical view of movement into other roles within Concentrix by those previously in your current job profile....
View More

Talent and Performance

## Track My Goal

**Monthly Quota**
Due Date: 11/30/2025

In Progress: In Progress: On Track

Required Performance Goals: 48 Conference Calls 24 MQLs My Performance Goals: Increase Conference Calls by 10%: Aim to achieve 53 conference calls by the end of 2024 to demonstrate enhanced engagement and lead generation skills. Raise MQLs (Marketing Qualified Leads) by 15%: Target 28 MQLs by the end of 2024, showcasing my ability to identify and nurture high-quality leads.
Due Date: 11/30/2024

Complete: Goal Fully Achieved

View More

## Anytime Feedback

0
Feedback Given

3
Feedback Received

## Opportunity Graph

**What's My Next Move?**

Sr. Professional I, Marketing De
67% Moved Here

Sr. Director,
33% Moved H

## Goals
My Goal
Reviews
Printable Review

## Reports
Opportunity Graph

## Talent and Performance
Refer a Candidate
Feedback Received
My Mentorships
More (2)

## concentrix

**My Compensation Summary: Emmanuel Lugo (102300155) - Professional II, Marketing Development Team**

04:31 PM
05/22/2025
Page 1 of 1

### Totals

| Total Salary & Allowances | Total Base Pay | Currency | Frequency |
|---|---|---|---|
| 65,758.63 | 65,758.63 | USD | Annual |

**Compensation Package**  General Compensation Package
**Compensation Grade**  Grade 8B
**Compensation Grade Profile**  USA - Professional - Career II
**Company**  Concentrix CVG Customer Management Group Inc.

### Plan Assignments

| Effective Date | Plan Type | Compensation Plan | Assignment |
|---|---|---|---|
| 07/07/2024 | Salary | Salary Plan | 65,758.63 USD Annual |
| 08/11/2023 | Bonus | CNX Lead Generation | 21,450.00 USD Annual @ 25% Assigned: Individual Target |

 Outlook

## Re: Internal Career Opportunity: Sr. Solutions Architect

From  Emmanuel Lugo <emmanuel.lugo@concentrix.com>
Date  Fri 7/12/2024 9:29 AM
To    Brendan OShaughnessy <brendan.oshaughnessy@concentrix.com>; Ryan Pearlman <ryan.pearlman@concentrix.com>

Hi Brendan,

Thanks so much for the great news!

I'll be sure to connect with Ryan ASAP regarding my application before submitting it. I really appreciate your recommendation and support on this.

Looking forward to our meeting next week to discuss the next steps and interview prep. Your guidance means a lot to me.

Thanks again,
Manny

**Manny Lugo** (He/Him)
Sr. Business Development Executive
(CST) WAH – Minneapolis, MN/USA
+1 202-952-6813
concentrix.com
Connect with me

# concentrix

You have the opportunity to opt out of receiving further email communication from Concentrix, every time we contact you. Simply let me know or click the following link: Unsubscribe

---

From: Brendan OShaughnessy <brendan.oshaughnessy@concentrix.com>
Sent: Friday, July 12, 2024 9:00 AM
To: Emmanuel Lugo <emmanuel.lugo@concentrix.com>; Ryan Pearlman <ryan.pearlman@concentrix.com>
Subject: FW: Internal Career Opportunity: Sr. Solutions Architect

Hi Manny –

Based on our conversation about your interest in this role, I got some insight from Daralee that the role is a grade 7, which would be the next step for you. That's good news and your application would be warranted. I would recommend that you connect with Ryan on your application before submitting as a way to review, and then we should all get together next week to discuss next steps and interview prep. I have a meeting with Daralee later next week too.

~ Brendan

**From:** NA Communications <NA.Communications@concentrix.com>
**Date:** Wednesday, July 10, 2024 at 2:53 PM
**To:** NA Communications <NA.Communications@concentrix.com>
**Cc:** Laura Juska <laura.juska@concentrix.com>, Liam Shannon <liam.shannon@concentrix.com>
**Subject:** Internal Career Opportunity: Sr. Solutions Architect



This internal opportunity is for Sr. Managers and above in North America and EMEA.

## Ready for your next career challenge?

Looking for a great way to accelerate your career, solve exciting challenges, and gain valuable experience and exposure with Concentrix's wide range of capabilities Look no further!

The Solutions team is seeking a **Sr. Solutions Architect** who'll work with our clients to understand their business needs and construct solutions that blend Concentrix's technology, insights, and advisory capabilities to create financially compelling propositions that accelerate better CX experiences for brands. If you are a hardworking problem-solver who is ready to lead in an operational environment, apply today!



concentrix

Now *Hiring*

Learn more about our open opportunities

| Job title | Job location | Closing date | Workday link |
|---|---|---|---|
| Sr. Solutions Architect | North America / EMEA | Friday, July 19 | Apply today |

Please apply via following the internal link to Workday by the closing date. If you have any questions or can't apply via Workday, please send your questions/application to Liam.Shannon@concentrix.com.