

## 2023 Concentrix Market Development Team
## Business Development Representative Incentive Plan Letter

### I. Introduction; Administration; Confidentiality.

This Market Development Team Incentive Plan ("the Plan") is effective as of September 1, 2023 and sets forth the financial targets, incentives, and incentive compensation for the individual named below ("Business Development Representative" or "you"). This Plan shall apply to each Plan Year beginning Plan Year 2023 unless and until the Plan is amended, modified, or revoked by Concentrix Corporation and its affiliates (collectively, the "Company") in its sole discretion with at least seven (7) days advance written notice. Company management has final authority to interpret, approve, resolve disputes, and administer the Plan, with input from the SVP, Global Marketing & Communications, and the VP, Lead Generation.

This Plan constitutes confidential information of the Company and shall not be disclosed to any other person or entity without prior written consent of the Company.

A. Definitions.

1. "Base Pay" means your earnings delivered through regular (weekly, bi-weekly, or monthly) payments regardless of Sales performance. Base Pay is the reduced salary where salary sacrifice is incurred
2. "Company" shall have the meaning set forth in Plan Agreement.
3. "Deal Closure Award" refers to a MQL developed by the Business Development Representative ("BDR") that initiated the opportunity or provided impactful work, which results in an executed contract (Closed Won).
4. "Estimated Contract Revenue (ECR) means estimated total revenue expected by the deal over the guaranteed term of the Contract as determined by the Sr. Director Finance.
5. "Incentive Elements" means the Incentive Plan measurements expressed as targets which are used to score the plan at the end of the Plan Month. The recognized performance factors as determined by management are:
    i. MQL-based Leads
6. "Market Qualified Lead" (MQL) is generated through Business Development and Sales meeting with the prospect, identifying a CX problem, a solution that fits within our scope, and Sales agrees to take ownership and further explore the opportunity both internally and with the prospect. In Salesforce, this will be noted by advancing to Sales Stage 3. Final discretion by VP, Lead Generation.
    i. Being part of the Account Team does not necessarily warrant credit for deal closure.
7. "Non-CX Ops" – Refers to any non-CX Ops products and services, such as: Catalyst, Catalyst Performance Marketing Group (CPMG), CXTI, and B2B.
8. "Opportunity" refers to a specific client engagement that Sales has agreed to pursue after it has been approved by VP, Lead Generation following the MQL process. It is then handed over to the Sales team to pursue further.
9. "OTE" means On Target Earnings and is a multiple of reference salary comprised of Base Pay plus Target Incentive representing a competitive level of total compensation expressed as a percentage.
10. "Plan" shall have the meaning set forth in the Plan Agreement.

© 2023 Concentrix Corp. All Rights Reserved. Confidential and Proprietary.





11. "Plan Year" means the Company fiscal year which starts on December 1 and runs through November 30.
12. "Quarter" means a consecutive 3-month period in the Plan Year.
    i. "Q1" is comprised of December, January, and February;
    ii. "Q2" is comprised of March, April, and May;
    iii. "Q3" is comprised of June, July, and August; and
    iv. "Q4" is comprised of September, October, and November.
13. "Signing" means an executed Contract to provide billable services to a client.
14. "Target Incentive" means the portion of compensation which provides rewards and risk depending on sales performance.

## II. Incentive Opportunities:

Monthly Incentive opportunity with three plan element weightings – see section II.A

A. **<u>Monthly Incentive</u>**: The following table will identify the weighting associated with each plan element:

B.

| **Role** | **Business Development Representative - MDT** | |
|---|---|---|
| **Employee Name** | Emmanuel Lugo | |
| **Employee Number** | 102300155 | |
| **Country** | United States | |
| **Incentive Plan Year** | **2023** | |
| **Incentive Plan Letter (IPL)** | **Version 1.0** | |
| **IPL Start Date** | **1-Sep-2023** | |
| **IPL End Date** | **30-Nov-2023** | |
| **Monthly Target Incentive** | 1,787.50 USD | |
| **Incentive Plan Elements** | **Monthly Target** | **Weighting** |
| **First: Discovery Calls** | 4 | 30.0% |
| **Second: Market Qualified Leads (MQLs)** | 2 | 60.0% |
| **Third: Deal Closure Awards** | Paid at Deal Closure | 10.0% |

© 2023 Concentrix Corp. All Rights Reserved. Confidential and Proprietary.



**2023 Concentrix Market Development Team**
**Business Development Representative Incentive Plan Letter**

C. **Incentive Elements**

1. **Discovery Calls**
   i. A "Qualifying Discovery Call" is a conference call that is held with or facilitated by the BDR Representative. Call details, including products/services presented, key decision-makers present, and potential ECV must be noted in SFDC and provided to VP, Lead Generation.
2. **MQLs:**
   i. A "Market Qualified Lead" (MQL) is generated through Business Development and Sales meeting with the prospect, identifying a CX problem, a solution that fits within our scope, and Sales agrees to take ownership and further explore the opportunity both internally and with the prospect. In Salesforce, this will be noted by advancing to Sales Stage 3. Final discretion by VP, Lead Generation.

3. **Deal Closure Award:**
   i. Deal Closure Award is defined as an MQL that was developed by the BDR representative that resulted in a signed (Closed/Won) contract, as recorded in Salesforce, that is worth at least $1,000 (USD).
   ii. A one-time bonus will be paid to the BDR representative involved with the win based on the following table:

| Objective | One Time Payment | |
|---|---|---|
| ECR | CX Ops | Non-CX Ops |
| $1K | $0 | $100 |
| $500k | $100 | $275 |
| $1M | $250 | $600 |
| $2.5M | $750 | $1,625 |
| $5M | $1,750 | $3,500 |
| $7.5M | $3,000 | $5,625 |
| $10M + | $4,500 | $8,000 |

*Eg. CX Ops ECV achieved = $6,250,000. Payout of $1,750.*
*Growth ECV achieved = $750,000. Payout of $275.*
*Total Payout = $2,025.*

© 2023 Concentrix Corp. All Rights Reserved. Confidential and Proprietary.





**2023 Concentrix Market Development Team**
**Business Development Representative Incentive Plan Letter**

## III. Additional Terms and Conditions

A. Incentive Opportunities

Incentives will only be paid for those opportunities that are still active, or in the case of the monthly incentive, only lost after reaching a minimum of stage three. If the BDR is removed from the account upon request of the client, the incentive payout will be paid solely at management discretion.

B. Proration

There will be no proration of goals for time off, whether paid or unpaid.

C. Plan Payment Schedule

Deal Closure Award Commission payments are made for one-time on deals marked as Closed-Won in Salesforce (SFDC), and paid on a monthly basis. The monthly incentive payment is based on result contributed; all payouts are paid 2 months in arrears on a monthly cycle. Example: January Performance is paid in March. Should a commission need to be recalculated, any balance payment owing will be processed for the next available pay deposit, after all required approvals are received. All incentive payments will be made the first pay cycle following month-end close.

D. Unpaid Invoice Policy

When circumstances dictate that a settlement is made for a lesser amount than the Ledger Revenue, a pro rata reduction of the quarterly incentive on the disputed billings may occur. Each case will be reviewed individually between the VP, Global Analytics and Lead Generator to determine the impact on the commission, if any.

If client payment becomes an account receivable issue and internal accounting reverses overdue A/R, the revenue element's attainment for the financial year will be reduced by that amount.

E. Changes to the Plan

Management, in its sole discretion, reserves the right to alter the plan as required by changing business conditions, revised company strategies, unique deal profiles, material foreign exchange movement, the need to clarify terms stated in this plan, or as may be dictated by individual performance circumstances or unintended consequences. Note that there will be no grandfathering of past payments if any changes are made to this plan.

F. Separation of Employment

Upon separation from your position at the Company (including retirement), all entitlement to incentives and deal commissions earned ceases unless otherwise agreed with the Company. Where a payment is agreed at the discretion of the Company, the pay date will generally be the next incentive plan payment cycle. No credit will be given for partial months or for revenue that is not paid by the client at the time of your separation and this will be the final payment due to you.

While on inactive status, such as disability, workers' compensation, FMLA or a leave of absence, incentives and deal commissions earned prior to the period of inactive status will be paid.

© 2023 Concentrix Corp. All Rights Reserved. Confidential and Proprietary.





G. By participating in this Plan, you represent that the legal agreements made between customers and Concentrix shall only be those that are written and signed by both parties as represented in Master Agreements and corresponding Statements of Work and/or Purchase Orders. NO SIDE AGREEMENTS, EITHER VERBAL OR WRITTEN, HAVE BEEN MADE TO CUSTOMERS TO SECURE THE BUSINESS AS SIGNED BETWEEN CUSTOMER AND CONCENTRIX. Discovery of such side agreements serve as grounds for immediate dismissal of the individual and will result in the forfeiture of any rights you have received because of this plan.
H. Violation of the terms of this agreement are subject to immediate termination and/or legal ramifications if, after an internal investigation, it is determined that you have engaged in activity to cause harm to or defraud Concentrix or its clients.
I. Participation in this Plan is neither an agreement of employment, nor a guarantee of continued employment with the Company. The Plan applies only to the effective dates of the Plan Year as defined above. It does not confer upon any Seller the right to participate in or receive a payout under any incentive plan in future years, even if the Seller has received one or more incentive payments in the past.
J. Acceptance
Please acknowledge your receipt, review, and acceptance of the Sales Incentive Plan by emailing your manager and Anthony Fanelli [anthony.fanelli@concentrix.com].

| **Effective Dates** | September 1, 2023 to November 30, 2023 |
|---|---|
| **Issued To (Name/Title of Seller)** | Emmanuel Lugo (102300155)<br>Business Development Representative |
| **Approved By (Name/Title)** | Brendan Oshaughnessy<br>VP, Lead Generation |

© 2023 Concentrix Corp. All Rights Reserved. Confidential and Proprietary.



**2024 Concentrix Business Development Representative**

**Incentive Plan Addendum**

2025 Concentrix Business Development Representative Incentive Plan Addendum

**Effective Date:** March 1, 2025 – November 30, 2025

**Purpose:** This addendum is incorporated into the existing Concentrix Business Development Representative ("BDR") Incentive Plan (the "Plan") to address the incentive eligibility for First Time Discovery, previously referred to as Discovery Calls.

**First Time Discovery Incentive Eligibility:**

- Individuals on the 2025 BDR Incentive Plan are eligible to receive credit for a First Time Discovery based on the following criteria:
    - A Stage 1 Opportunity must be created by the BDR as soon as a First Time Discovery is proposed.
        - The opportunity name must include:
            - IB/OB differentiator;
            - Contact's job title, functional role, and responsibility level;
            - Accurate reflection of the Opportunity team and lead/contact source.
    - Once the First Time Discovery is completed, the BDR must move the Opportunity to Stage 2.
    - Update the 'Event' task to include discovery details, products/services presented, and key decision-makers involved.
    - Finally tick the BDR First Time Discovery checkbox and enter the Initial Product of Interest

This applies to every First Time Discovery claim. Each claim will be verified and submitted to Leadership for approval.

**Clarification:**

- Sales Ops will need to be notified of exception deal commissions covered by this addendum via an SFDC support ticket that includes the Opportunity Name/ID.
- This addendum does not modify any other provisions of the Plan, unless explicitly stated herein.
- All other terms and conditions of the Plan remain in full effect.

© 2024 Concentrix Corp. All Rights Reserved. Confidential and Proprietary.



**2025 Concentrix Business Development Representative**
**Incentive Plan Letter**

This Business Development Representative ("BDR") Incentive Plan ("the Plan") is effective from December 1, 2024 through November 2025 (the "Plan Year") and sets forth the targets and incentive compensation for you as a Business Development Representative. **The Plan constitutes confidential information of Concentrix Corporation and its affiliates (the "Company") and shall not be disclosed to any other person or entity without prior written consent of the Company.**

The terms and conditions of this Plan supersede all previous sales incentive communications including, but not limited to employment offer letters, prior sales incentive plan documents, and verbal or written communications from managers.

## I. Incentive Plan

A. Structure

| Role | Business Development Representative | |
|---|---|---|
| **Employee Name** | Emmanuel Lugo | |
| **Employee Number** | 102300155 | |
| **Country** | United States | |
| **Incentive Plan Year** | **2025** | |
| **Incentive Plan Letter (IPL)** | **Version 1.0** | |
| **IPL Start Date** | **1-Dec-2024** | |
| **IPL End Date** | **30-Nov-2025** | |
| **Monthly Target Incentive** | 1,788 USD | |
| **Annual Target Incentive** | 21,450 USD | |
| **Monthly Incentive Plan Elements** | **Monthly Target** | **Weighting** |
| **First: Qualifying Discovery Calls** | 4 | 30.0% |
| **Second: Sales Qualified Leads (SQLs)** | 2 | 60.0% |
| **Annual Incentive Plan Elements** | **Annual Target** | **Weighting** |
| **Third: Deal Closure Award** | Paid at Deal Closure | 10.0% |

1. *Incentive Plan Elements*

Your Plan includes monthly and annual incentive elements, according to the weighting in the table above.

a. Qualifying Discovery Calls

The first incentive element in your Plan is assessed for conducting conference calls with potential leads; call details, including the products/services presented, key decision-makers in attendance, and potential ACV must be noted in the Salesforce Deal Commission ("SFDC") tracker and provided to VP, Lead Generation (each a "Qualifying Discovery Call").

b. Sales Qualified Leads

The second element of your Plan is assessed for each team Sales Qualified Lead ("SQL") generated. An SQL is achieved when you meet with the prospective client, identify a CX problem, suggest a solution that fits within the Company's scope of products and services, and when the Sales department agrees to take over the relationship to explore the opportunity internally and with the prospective client. In Salesforce, this

© 2025 Concentrix Corp. All Rights Reserved. Confidential and Proprietary.





is considered Sales Stage 3 and will be noted as such. Final discretion regarding whether SQL has been achieved is with VP, Lead Generation.

c. Deal Closures

You will receive a Deal Closure Award incentive for all New Logo and Cross Sell Signings developed by your team. Up Sell and Base Growth Signings do not qualify. A Deal Closure Award is earned when an SQL developed by you results in a Signing with an ACV value of at least USD 1,000.

The Deal Closure Award table is below. There is no interpolation between tiers; the Deal Closure Award will be paid at the highest level achieved. The payout is calculated based on the product family ECR sold in the deal.

| Business Development Representative - MDT | | |
|---|---|---|
| **Objective** | **Bonus Amount** | |
| **ECR** | **CX Ops** | **Non-CX Ops** |
| $1,000 | $0 | $100 |
| $500,000 | $100 | $275 |
| $1,000,000 | $250 | $600 |
| $2,500,000 | $750 | $1,625 |
| $5,000,000 | $1,750 | $3,500 |
| $7,500,000 | $3,000 | $5,625 |
| $10,000,000 | $4,500 | $8,000 |

B. General Terms and Conditions

The following conditions apply to the incentives under this Plan:

- Incentives are only paid for opportunities that are active or, in the case of monthly incentives, only lost after reaching Sales Stage 3.
- There is no proration of targets for time off, whether paid or unpaid.

## II. Timing of Incentive Payments

A. Monthly Discovery Call & SQL Incentives

Monthly incentive payments are determined by performance outcomes and are disbursed one month after the month-end closing. For instance, incentives for January are paid in February.

B. Deal Closure Awards

Deal Closure Award incentives are made for one-time deals marked as Closed/Won in Salesforce and paid the month following the deal Signing.

© 2025 Concentrix Corp. All Rights Reserved. Confidential and Proprietary.



**2025 Concentrix Business Development Representative**
**Incentive Plan Letter**

## III. Additional Terms and Conditions

A. <u>Recovery of Overpayments</u>

By acknowledging this Plan, you agree that the Company can recover unearned or ineligible payments through payroll deductions or by offsetting future incentives, as permitted by law. If recovery is needed, the Incentives and Commissions team will notify you and provide details. Refer to your I&C Staff record for recovery details. Recovery of unearned incentives takes priority over future payments unless management grants an exception. The team may still process minor incentive payments that do not significantly reduce the outstanding balance.

B. <u>Separation of Employment; Leaves of Absence</u>

To receive incentive payments, you must be employed by the Company on the scheduled payment date. Partial months and unpaid revenue at separation are not credited. If the Company decides in its sole discretion to pay an incentive post-separation, it usually occurs in the next Plan payment cycle.

For approved leaves of absence (excluding disciplinary suspensions), incentives and commissions earned before the leave will be paid. Workloads may be redistributed during the leave. Management may adjust incentives based on contribution and responsibility redistribution during the absence.

C. <u>Changes to the Plan</u>

The Company may modify the Plan at its discretion due to changes in business conditions, strategies, deal profiles, term clarifications, performance issues, or unforeseen consequences. Past payments will not be grandfathered if changes are made.

D. <u>No Guarantee of Employment</u>

Participation in this Plan is not an employment contract or a guarantee of continued employment with the Company. It does not ensure eligibility for future incentive plans or payouts, regardless of previous payments received.

## IV. Definitions

1. "ACV" means Annual Contract Value and is the average revenue per year over the term of the deal.
2. "Base Growth" means an amendment to an existing client contract for additional work (including change request, work order).
3. "Catalyst" refers to customized, knowledge-based professional services to clients such as CX Technology, Data & Analytics, Strategy & Design, Enterprise Automation other products and services defined as Catalyst in SFDC.
4. "Cross Sell" means a new contract with an existing client of a new Product Family in the Service Portfolio, and includes follow-on signings up to the first 12 months from the initial signing.

© 2025 Concentrix Corp. All Rights Reserved. Confidential and Proprietary.





5. "ECR" means Expected Contract Revenue: The total estimated revenue expected from a contract over its entire term, calculated by multiplying the monthly billing amount by the number of months in the contract.
6. "New Logo" means a client with whom the Company has not had an active contract in the two years prior to contract signature, including all follow-on signings within the first 12 months.
7. "Practices" refers to B2B Sales, Trust & Safety (T&S), Collections, Financial Crime & Compliance (FCC), Healthcare, Performance Marketing Group (PMG), Voice of the Customer (VOC), and Cybersecurity products as defined in SFDC.
8. "Signing" means an executed contract to provide billable services to a client.
9. "Target Incentive" means the portion of compensation which provides rewards and risk depending on sales performance.
10. "Up Sell" means a new or amended contract with an existing client that expands existing work into new location(s) or captures new client work within the same Product Family through a competitive bid process.

## V. Acknowledgement

Please acknowledge your receipt, review, and acceptance of the Plan in Salesforce by following the steps in the notification email. No incentive payments will be made until the Plan has been accepted in SFDC.

Effective Dates: 12/1/2024 – 11/30/2025

Issued to: Emmanuel Lugo
102300155

Approved by: Brendan Oshaughnessy
VP, Lead Generation

© 2025 Concentrix Corp. All Rights Reserved. Confidential and Proprietary.