

# GSSO Dashboard FY24



GSSO MQL by BDR by Month, 24



MQL Target Accounts FY24




# GSSO Dashboard FY24



Refresh

## Target Account Activity, Last Month to curr...



## GSSO Conference Calls by BDR by Month 24





View Report (GSSO Conference Calls by BDR by ...    As of May 20, 2025 7:55 AM

## GSSO MQL by BDR by Month, 24

| Team Member Full Name ↓ | Sum of SQL | ƒx ECR |
|---|---|---|
|  | 43 | USD 102.31M |
| Emmanuel Lugo | 33 | USD 51.89M |
|  | 30 | USD 238.40M |
|  | 28 | USD 81.86M |
|  | 28 | USD 88.17M |
|  | 26 | USD 48.91M |

# GSSO Dashboard FY24

**Refresh**

## GSSO MQL by BDR by Month, 24

| TEAM MEMBER FULL NAME | SUM OF SQL | ECR |
|---|---|---|
|  | 43 | USD 102.33M |
| Emmanuel Lugo | 33 | USD 47.97M |
|  | 31 | USD 244.70M |
|  | 28 | USD 83.33M |
|  | 28 | USD 86.81M |
|  | 26 | USD 56.88M |
|  | 25 | USD 40.27M |
|  | 24 | USD 34.78M |
|  | 24 | USD 25.70M |
|  | 20 | USD 49.80M |

## GSSO Pipeline Industry MQL FY24



Prods: ~CX Ops, CAT, CAT - CX Tech, CAT - Enterprise ..., CAT - Experience ...

Accounts | Contacts | Opportunities | Leads | Menu