

# concentrix

Details View

01:29 AM
05/22/2025
Page 1 of 1

| Date | From | Feedback | Badge |
|---|---|---|---|
| 12/16/2024 04:05:39.523 AM | Zarine Pardiwalla | Emmanuel, thank you for your support in 2024 with the GSSO Colombia Intern Program Pilot. You were my first choice to be the BDR Buddy for our intern Luisa because of your multilingual abilities, professionalism, work ethic and all round positive vibe. Your collaboration contributed to this pilot being a resounding success and resulted in a solid blueprint for GSSO to build on in the future. You are a gem & true team player! | Team Player |
| 01/23/2024 09:25:02.106 AM | Ryan Pearlman | Manny, I want to express my gratitude for your hard work in supporting our France region and acknowledge the positive impact you are making. Your efforts are truly appreciated. | Team Player |
| 11/27/2023 02:53:39.441 PM | Ryan Pearlman | Manny, congratulations on an amazing first three months! I want to express my deep appreciation for your hard work and dedication in learning your new role as a BDR. Your efforts are truly commendable. Keep up the fantastic work! | Thank You |

≡ MENU   concentrix                         Q Search

## Feedback Received

Feedback Received  3 items

| Actions | Date | From | | Feedback | Badge |
|---|---|---|---|---|---|
| 🔍 | 12/16/2024 | Zarine Pardiwalla | | Emmanuel, thank you for your support in 2024 with the GSSO Colombia Intern Program Pilot. You were my first choice to be the BDR Buddy for our intern Luisa because of your multilingual abilities, professionalism, work ethic and all round positive vibe. Your collaboration contributed to this pilot being a resounding success and resulted in a solid blueprint for GSSO to build on in the future. You are a gem & true team player! | Team Player |
| 🔍 | 01/23/2024 | Ryan Pearlman | | Manny, I want to express my gratitude for your hard work in supporting our France region and acknowledge the positive impact you are making. Your efforts are truly appreciated. | Team Player |
| 🔍 | 11/27/2023 | Ryan Pearlman | | Manny, congratulations on an amazing first three months! I want to express my deep appreciation for your hard work and dedication in learning your new role as a BDR. Your efforts are truly commendable. Keep up the fantastic work! | Thank You |

5/22/25, 1:31 AM                                             Mail - Emmanuel Lugo - Outlook

 Outlook

## Re: Ongoing Misalignment with Jen King / Please Loop in Jackie Potts

**From** Zarine Pardiwalla <zarine.pardiwalla@concentrix.com>
**Date** Thu 5/22/2025 1:31 AM
**To** Emmanuel Lugo <emmanuel.lugo@concentrix.com>

Thank you, Manny, for taking my advice and wrapping this communication into an organised email versus sending lengthy messages in Teams. Jackie has been made aware - in fact, the matter has been over communicated, also by Jen to both Jackie and me.

I completely understand that your journey so far has been challenging and recently very pressured. Jackie specifically asked me to make an exception to intervene with a temporary dotted line, to help ease and clarify as much of the chaos and tension as possible. I trust you know by now Manny, that for you, regardless of any dotted line, my door is always open.

I did explicitly ask you to focus on Team Monti exclusively, drop the B2B proposal which we never started anyway, and during the same conversation, asked Jen to not send any 'off-target' leads/tasks to you to allow you to focus on the agreed priorities. There was a lot of tensions during those conversations and maybe some confusion or misunderstanding as a result. Sometimes people may also forget and require reminders. I provided a reminder to Jen again in the management group yesterday, as you also noted below. Ideally, I would have preferred to have done this earlier if given the chance, to avoid this escalation.

In our business, there are so many moving parts and globally, managers have been leaning on nominated BDRs like Jennifer to help with the lead queues. I have now added an extra note to the reminder I sent to Jen yesterday, in the management group, to ensure that Jennifer and anyone else who helps with leads is clear on your priorities.

What I ask from you is an understanding that people in general are simply not perfect. Mistakes will happen and if/when they do, we need to calmly clarify and correct. Lean on me if required and please do it before things escalate so I can intervene and do the needful.

My purpose of this entire explanation is to reassure you, again, that sabotage is not possible. You have not been set up to fail in this new collaboration with Monti post transition. This is the most high-profile team in our business - see it for the opportunity it is. You own your work, performance, relationships, and reputation. There is always a solution for most minor matters. Please keep this perspective and confidence as we navigate the future.
Thanks & Best Regards,
Zarine

**Zarine Pardiwalla**
**Associate Director**
**Global Business Development CoE**

(GMT+1) WAH - Scotland/UK

+44 7896118244

concentrix.com

---

**From:** Emmanuel Lugo <emmanuel.lugo@concentrix.com>
**Sent:** Thursday, May 22, 2025 5:59 am
**To:** Zarine Pardiwalla <zarine.pardiwalla@concentrix.com>
**Subject:** Ongoing Misalignment with Jen King / Please Loop in Jackie Potts

Hi Zarine,

Below is a factual record from May 14th up to today's (Direct or Indirect) interactions with Jen King. Please loop in Jackie Potts & Monti B Keller (If necessary) to really align on my focus and responsibilities.

Some team members are passing over IB Leads to me without consent or prior acceptance; leads they cannot take up on because of languages barriers etc. See below image and tone from **BDR: Jennifer Anderson**, is she assigning IB Leads now? I'm confused:



**Monday19th, Tuesday 20th and Today's Teams Messages Exchange (Jen King ) (See Below screenshot)**



I took care of the all the above IB Leads including Jennifer's and have already met with the clients; the write-ups are still being finalized to redirect them to the respective sellers in their regions ASAP, but with some delays.

**Today's Messages (Jen King)**

6:34 AM: Jen assigned a new LATAM lead.
8:15 AM: I replied, *"Hi Jen, I have a lot on my plate right now. Could you please reassign this to Rafa?"* Jen agreed; I refocused on strategic accounts per our agreement.
1:14 PM: Jen pinged again about an America's BFSI lead for South Credit Union. I referred her back to my earlier message.

**Reply to Jen (2:32 PM)**

Hi Jen, I am advancing strategic alignments with the following AEs: Michael Nelson, Paul Phillips, Patrick M, and John Klein. While I understand that IB Leads represent potential opportunities, I must emphasize that I can only manage a finite number of tasks at any given time. It is crucial for me to gain greater clarity from you and all parties involved regarding my responsibilities.

I would appreciate understanding and respecting Zarine's agreement or plan. I am experiencing a significant influx of tasks from various directions, which are time-consuming but important for Monti and all GVPs. This situation is leading to a conflict in prioritization concerning my duties. Your messages lately come across as automated, and despite your awareness of my activities (reports), it seems that previous discussions with Zarine are not being acknowledged. This disconnection among the team is beginning to pose challenges for me.

I respectfully request a realignment and synchronization of my role responsibilities, efforts, and incentives, as I am concerned that the anticipated outcomes may not be achieved. I am unwilling to allow anyone in this organization to overwhelm me with tasks and responsibilities without proper compensation. At the same time, I feel pulled in multiple directions and confused by unfounded hopes and promises. As I previously expressed in a meeting, we operate within a sales organization where metrics are crucial. I share the same commitment to these metrics as my colleagues in upper management but clearly, I have been placed in a role that lacked clear structure, responsibilities, and goals particularly regarding Strategic Accounts and their inherent complexities. I have had to establish that structure independently with no assistance.

This has come at the cost of my time and fulfillment of my designated monthly quota goals (4 Discovery Calls and 2 SQLs). I received a self-assessment scorecard that I find challenging and not aligned with my responsibilities; I do not have sufficient time to devote to this task, and it appears to be a management performance evaluation. It seems my efforts are being utilized in a manner that does not align with my objectives.
Please note my activities were delayed by one month due to an individual retaining my Asana license for more than three weeks despite it being approved and provided. Therefore, I should not be held responsible for those delays.
Thank you for your attention to this matter. Have a good rest of your day!

**Zarine & Manny Exchange 2:42PM**

**Manny** *(after forwarding to Zarine; Jen's Exchange):*
Jen has been sending unvetted IB leads and assigning tasks outside my agreed focus. I'd like us to revert to my role-focused assignments ASAP.
**Zarine:** Understood. I'll ask her to stop. If you haven't worked the lead, please change ownership back to her.
**Me:** I informed Jen this morning to please reassign new leads off of my target to Rafa Melendez, yet she messaged again this afternoon about a different lead. I've been copying her on all Strategic Accounts projects and reports. Please clarify why she continues to assign tasks unrelated to my strategic-account responsibilities.
**Zarine:** Going forward, send her an email and copy me. I'll include Jackie so we can coordinate.
**Manny:** Previously, all tasks were aligned and on schedule. Jen's recent messages contain automated requests and omit standard professional greetings.
**Zarine:** She has full visibility on your work, no tasks are hidden from her view.
**Manny:** Her recent assignments do not reflect my current priorities and are affecting my ability to focus on Strategic Accounts and all AEs Individual Requests.
**Zarine:** "Hi Jen, please don't send any more off target leads to Manny. I've asked her to return the ones she sent earlier so she can reassign."

**Backed Agreement from April 16th between Zarine and I**

*From our April 16 meeting, you explicitly instructed:*

"Completely dismiss your current BDR non-Strategic Accounts and the proposed B2B 50/50 split prior to April 10th with clear verbal agreement to dismiss them on this day and focus entirely on Strategic Accounts."

*You further emphasized:*

"You are to work directly with AEs on their objectives, white space analysis, contact research, and support with OB engagement strategies specifically for the following Microsoft, Meta, Google, Amazon, Intuit and their LOBs"

"This guidance was clear. As a result, I redirected all efforts to strategic accounts and LOBs and began fulfilling this expectation."

Even with full visibility into my workload and Jen King, Jackie Potts and Monti B. Keller being copied on all project's updates, Jen King and other BDRs are still assigning tasks that don't align with what we've discussed. This is creating a situation where I'm being set up for failure, and I'm truly concerned about how this could impact my performance, and professional reputation within our organization.

As you suggested, I'm putting this in writing to keep a clear record. Thank you for always offering your support throughout all of this.

Best,
Manny

**Manny Lugo** (He/Him)
Sr. Business Development Executive
(CST) WAH – Minneapolis, MN/USA
+1 202-952-6813
concentrix.com
**Connect with me**



You have the opportunity to opt out of receiving further email communication from Concentrix, every time we contact you. Simply let me know or click the following link: Unsubscribe

# BDR Scorecard 2025

Emmanuel Lugo

Americas: Sector - Strategic Accounts

| Objective | Weighting % | Measure | Q1 DEC | Q1 JAN | Q1 FEB | Q2 MAR | Q2 APR | Q2 MAY | Q3 JUN | Q3 JUL | Q3 AUG | Q4 SEP | Q4 OCT | Q4 NOV | Q1 | Q2 | Q3 | Q4 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OB First Time Discovery | 50% | Actual | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 0.0 | 4.0 | 12.0 | 12.0 | 28.0 |
| | | Target | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 12.0 | 12.0 | 12.0 | 12.0 | 48.0 |
| | | Achievement % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 0.0% | 33.3% | 100.0% | 100.0% | 58.3% |
| SQL | 30% | Actual | 1.0 | 2.0 | 0.0 | 1.0 | 0.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 3.0 | 3.0 | 6.0 | 6.0 | 18.0 |
| | | Target | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 6.0 | 6.0 | 6.0 | 6.0 | 24.0 |
| | | Achievement % | 50.0% | 100.0% | 0.0% | 50.0% | 0.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 50.0% | 50.0% | 100.0% | 100.0% | 75.0% |
| Trainings Completed | 5% | Actual | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 3.0 | 3.0 | 3.0 | 3.0 | 12.0 |
| | | Target | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 3.0 | 3.0 | 3.0 | 3.0 | 12.0 |
| | | Achievement % | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Team Contribution | 5% | Actual | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 3.0 | 3.0 | 3.0 | 3.0 | 12.0 |
| | | Target | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 3.0 | 3.0 | 3.0 | 3.0 | 12.0 |
| | | Achievement % | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Data Accuracy | 10% | Actual | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 3.0 | 3.0 | 3.0 | 3.0 | 12.0 |
| | | Target | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 3.0 | 3.0 | 3.0 | 3.0 | 12.0 |
| | | Achievement % | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Combined Performance | 100% | Actual | 0.5 | 0.8 | 0.2 | 0.5 | 0.2 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 1.5 | 3.5 | 8.4 | 8.4 | 21.8 |
| | | Target | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 8.4 | 8.4 | 8.4 | 8.4 | 33.6 |
| | | Achievement % | 17.9% | 28.6% | 7.1% | 17.9% | 7.1% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 17.9% | 41.7% | 100.0% | 100.0% | 64.9% |