

**Lugo, Emmanuel A**

Professional II, Marketing Development Team

Manager: Brendan OShaughnessy (102073757)

Evaluated By:

**Annual Performance Review 2024**

Organization: Marketing & Communications Group - Global Sales Support - Non Agent (Brendan OShaughnessy (102073757))

Location: USA MN Work-at-Home

12/01/2023 - 11/30/2024

## Section 4: Overall Performance Rating & Comments

### Manager Overall Evaluation

| | |
|---|---|
| Rating: | Successful |
| Comment: | Manny has made a lasting impact since joining our team. His language skills have been invaluable in helping us cover multiple regions (EMEA and LATAM), benefiting both the team and giving him a strong head start in the first half of the year. With a thoughtful and analytical approach, he has demonstrated proficiency with tools. His inquisitive nature motivates him to continually learn and improve his skills. Manny truly embodies our culture by actively mentoring our new LATAM rep, ensuring he understands the ropes and is well-prepared for success in that market. One area where he needs to grow is in his outbound prospecting skills; focusing on this will help drive him to the next level and prepare him for future roles.<br>Heading into next year, it'll be key for Manny to focus more on outbound prospecting strategies. Using the Law of Familiarity and trying out more creative outreach methods, like video, could really help drive even more success. Another way Manny can get closer to his goals is by stepping into more of a leadership role during our meetings and training sessions. This will not only boost his own growth but also position him as a mentor to others. |

## Acknowledgement

### Employee

| | | | |
|---|---|---|---|
| Entered by: | Emmanuel Lugo (102300155) | Date: | 12/05/2024 |
| Status: | Acknowledged with Comments | | |
| Comment: | No comments | | |

## Section 1: Business Goals

### Business Acumen Goal:

- Develop Project Management Skills: Complete at least 1 certification by mid-2024 to prepare for project management responsibilities.
- Enhance Sales Skills: Read 2 top-rated sales strategy books by the end of Q3 2024 to improve negotiation and closing techniques.
- Expand Industry Knowledge: Participate in at least 2 industry-related workshops or seminars by the end of 2024 to stay ahead of market trends.
- Build Internal Network: Establish a mentorship relationship with current Solutions Architects by Q3 2024 to gain insights and advice on career progression.
- Achieve AWS & Google Certification: Obtain a recognized project management and tech certifications by Q3 2024 to formalize my expertise and commitment to the field.

Steps to Achieve Goals:

**Training and Development:**
- Enroll in Project Management programs, focusing on courses designed for technical sales and solutions architecture.
- Seek out Solutions Architect Cloud practitioner & Associate that are well-recognized in our industry.

**Reading, Listening and Learning:**
- **"Fanatical Prospecting"** by Jeb Blount to improve sales and prospecting technique improvement.
- **"$100M Deals"** by Alex Hormozi for leadership skills development.

**Networking and Mentorship:**
- Identify and approach Sr. Solutions Architects within our organization for mentorship.
- Participate actively in online forums to expand my professional network.

**Execution Plan:**
- **Quarter 1:** Start program management course and increase conference calls strategy.
- **Quarter 2:** Enhance MQL strategy.
- **Quarter 3:** Finish and achieve certification program, implement learned techniques.
- **Quarter 4:** Review all goals, increase networking efforts, and prepare a presentation of achievements for discussion with Manager.

Due Date: 11/30/2024

Status: In Progress: On Track

Category: Business Goals

**Manager Evaluation**

Comment: As shown in Manny's goals and updates made this year, he has a structured approach to developing his skills and career that are a foundation for success. Manny exceeded his selling goals of discovery calls and MQLs early this year. A tremendous effort as he had not only had to get up early to handle calls in various region, but also had to translate notes in multiple languages so that internal parters were able to best work the opportunity. Manny has a good handle on our processes and tools. The career focus Manny has for Solution Consulting is a allows for a good roadmap for becoming a solid seller and a subject matter expert on our services. Great ways to prove this are by becoming stronger on outbound prospecting since it shows the ability to infer pain points, present solutions, and generate interest. Being knowledgable in our services and our competition are necessities to winning business in that role

**Employee Evaluation**

Comment: **1. Performance Overview**
This year, I've focused on exceeding lead generation targets while also honing my project management skills in preparation for hopefully transitioning into a Solutions Architect role. I've prioritized building strong client relationships and streamlining processes, which has led to notable results across key performance areas.

In addition to my primary responsibilities, I've supported both the EMEA and LATAM regions, leveraging my fluency in French and Spanish. In the EMEA region, I enhanced communication and client engagement, as well as identified potential opportunities, lined up deals for the sales team, and contributed to process streamlining strategies.

Furthermore, I had the chance to mentor and train an intern, Luisa, in the LATAM region over a six-month period. I provided guidance on key tools such as LinkedIn Sales Navigator, Salesforce, target personas, and overall sales processes, equipping her with the skills to succeed.

I'm proud of the challenges I've tackled and the growth I've experienced, both personally and professionally. As I look ahead, I'm

motivated to keep pushing boundaries, embracing new opportunities, and continuing to evolve as I work toward my goal of becoming a Solutions Architect.

**Exceeded Quota**: The company's quota for conference calls was 48, and so far, I have achieved 83 calls that equates to 173% attainment the quota for MQLs was 24, and so far I have secured 29 MQLs = 121% attainment.

- **Lead Generation**: Consistently delivered results that contributed to an overall pipeline growth and supported the company's objectives.
- **Certifications and Training**: Completed Google Project Management certification and achieved AWS course completion, with the AWS certification still pending.

**2. Progress on Q3 Goals**
**Develop Project Management Skills**:
**Completed**: I completed the Google Project Management Certification, which has significantly improved my ability to handle projects and client interactions.
**Impact**: These new skills helped me streamline workflows, enhancing both personal and team efficiency.
**Enhance Sales Skills**:
**Completed**: Finished "$100M Deals" by Alex Hormozi, focusing on leadership and closing strategies.
**Impact**: The techniques learned helped increase my ability to identify high-value deals, contributing to my over-quota performance.
**Expand Industry Knowledge**:
**Completed**: Participated in several AWS seminars on Solutions Architect roles, gaining valuable insights into cloud services.
**Impact**: This knowledge has allowed me to engage clients in more technical discussions and offer better solutions.
**Build Internal Network**:
**Completed**: Built relationships with Solutions Architects such as Jenifer Dural, Ben Wadley, and Jitesh Pahua, gaining initial mentorship and insights into the role.
**Impact**: These connections have positioned me for my future goal of becoming a Solutions Architect in the future.

**Future Goals and Aspirations**

I'm passionate about using technology to create solutions that truly make a difference for clients. The challenge of connecting technical know-how with real-world needs excites me, and that's why my goal is to become a Solutions Architect at Concentrix. In this role, I want to help design smart, tailored solutions that not only address immediate client challenges but also set them up for long-term success. I thrive on collaboration and believe that working closely with clients and internal teams is key to delivering results that matter.

Ultimately, I see this path as not just a way to contribute to Concentrix's growth, but also to my own journey of mastering technology while building stronger client relationships.

## Section 2: Culture & Leadership Behaviours

### As you reflect on the past year, how have you demonstrated Concentrix's Culture and Leadership Behaviours?

**Manager Evaluation**

Response: Manny exemplifies our company culture through his collaborative efforts. He has taken an active role in mentoring our new LATAM rep, ensuring they are well-prepared and positioned for success in that market. Manny's proactive mindset not only enhances his own performance but also positively impacts his colleagues. As David Angstadt mentioned, "*Manny has been pivotal in driving a quality pipeline. For example, he proactively explored ways to engage Crowstrike, even though the original request fell outside our scope. His initiative and innovative approach helped us revive a previously lost RFP opportunity with Crowdstrike, turning it into a qualified lead that is now actively moving through our pipeline.*"

**Employee Evaluation**

Response: **I am not here for the status quo.**
I'm always looking for ways to go beyond what's expected. This year, I explored new strategies and used my French and Spanish skills to improve client engagement in both the EMEA and LATAM regions. For me, it's about thinking ahead and creating lasting impact.

**I am changing the game in the pursuit of excellence.**
Excellence isn't just a goal, it's the standard. I went beyond identifying opportunities in LATAM, actively helping line up deals and improve processes. I believe in always pushing for that extra step to elevate performance.

**I am acting with integrity.**
Integrity drives every decision I make. Whether it's for clients or my team, I always ensure transparency and accountability. I've spoken up when needed and consistently prioritized doing the right thing.

**I am collaborating constructively.**

|  |  |
|---|---|
|  | Collaboration is at the core of what I do. I've worked across teams in EMEA, US & LATAM, mentoring Luisa and learning from others. I value open communication and teamwork to achieve the best results. |

## Section 3: Additional Achievements

Use this section to highlight any special achievements, above and beyond delivery of agreed goals. This could include (but is not limited to) certifications achieved, promotions, awards, educational achievements, or when you went above and beyond to support others accomplish the larger team / organisation goals.

| Manager Evaluation | | Employee Evaluation | |
|---|---|---|---|
| Response: |  | Response: | **Exceeded Quota**: The company's quota for conference calls was 48, and so far, I have achieved 83 calls that equates to 173% attainment the quota for MQLs was 24, and so far I have secured 29 MQLs = 121% attainment.<br>• **Lead Generation**: Consistently delivered results that contributed to an overall pipeline growth and supported the company's objectives.<br>• **Certifications and Training**: Completed Google Project Management certification and achieved AWS course completion, with the AWS certification still pending. |