5/22/25, 2:44 AM                                   Mail - Emmanuel Lugo - Outlook

 Outlook

---

## Re: Answers Inside - Manny's Weekly Highlights - April 21st - 25th

---

**From** Emmanuel Lugo <emmanuel.lugo@concentrix.com>

**Date** Tue 4/29/2025 11:07 AM

**To**   Monti Becker Kelly <monti.beckerkelly@concentrix.com>; Zarine Pardiwalla
         <zarine.pardiwalla@concentrix.com>; Jacqueline Potts <jacqueline.potts@concentrix.com>; Jen King
         <jen.king@concentrix.com>

Hi Monti,

I just wanted to follow up with an updated view now that I've connected with the AEs we discussed:

- **Reality Labs & YouTube:** I've reached out to Jennifer and proposed time slots to meet this week. We weren't able to connect last Friday due to her availability, but I'm making sure we align on next steps for MRL (YouTube and the broader Google strategy).

- **Amazon:** I followed up with Mahesh today regarding the Amazon Account Plan. My previous outreach was last Monday, and I'm continuing to move this forward so I can finalize details on the Strategic Opportunity Plan on my end.

- **Meta:** Devpreet and I built a strong initial contact list for WhatsApp. I've started shifting focus toward Ana's group, as per your request. I reached out to her today to schedule time this week to align on B2B opportunities and identify key strategic moves within her portfolio.

- **Google:** I met with Victor last Friday at 9:00 a.m. CST. We uncovered several gaps and follow-up items during our session. He was particularly interested in a section of the discovery work from the Strategic Opportunity Plan I presented to him, and I'm sending that over as a follow-up later today.

- **Microsoft:** Outreach will start between this week and next. (Marketing, FinOps, LinkedIn, SME/SMB, and GPS) I've also reached out to Patrick, John, Michael, and Luca to set up a group sync to review the plan and align the next steps. I've also identified 16 to 19 relevant LinkedIn connections I made prior to joining CNX within Microsoft. John reviewed and validated some of those contacts with me last Thursday around 5pm CST. We're now collaborating through a shared tracker where I'll contribute updates and flag items for the intended target personas, messaging, feedback and alignment. (Awaiting access to the shared XLX.)

- **Dashboards & Next Steps:** I just reached out to Jayne to schedule time for us to meet mid-May. During that session, I'd like to walk you through the current dashboards and also give a more detailed look at each "Strategic Opportunity Plan" I've developed so far. I'll continue refining each one until then, and as suggested, I will be working towards getting some meetings under my belt as suggested.

Let me know if you'd like visibility into any of the trackers or outlines in the meantime. I appreciate the continued support.

Best,
Manny

**Manny Lugo** (He/Him)
**Sr. Business Development Executive**

5/22/25, 2:44 AM                                        Mail - Emmanuel Lugo - Outlook

(CST) WAH – Minneapolis, MN/USA

+1 202-952-6813

concentrix.com

**Connect with me**

# concentrix˚

*You have the opportunity to opt out of receiving further email communication from Concentrix, every time we contact you. Simply let me know or click the following link:* Unsubscribe

---

**From:** Monti Becker Kelly <monti.beckerkelly@concentrix.com>
**Sent:** Friday, April 25, 2025 1:50 PM
**To:** Zarine Pardiwalla <zarine.pardiwalla@concentrix.com>; Emmanuel Lugo <emmanuel.lugo@concentrix.com>; Jacqueline Potts <jacqueline.potts@concentrix.com>; Jen King <jen.king@concentrix.com>
**Subject:** RE: Manny's Weekly Highlights - April 21st - 25th

Hi Manny, thanks for this! My feedback below and nice work.

---

**From:** Zarine Pardiwalla <zarine.pardiwalla@concentrix.com>
**Sent:** Friday, April 25, 2025 12:03 PM
**To:** Emmanuel Lugo <emmanuel.lugo@concentrix.com>; Monti Becker Kelly <monti.beckerkelly@concentrix.com>; Jacqueline Potts <jacqueline.potts@concentrix.com>; Jen King <jen.king@concentrix.com>
**Subject:** Re: Manny's Weekly Highlights - April 21st - 25th

Thanks Manny, in all the detail here what stands out most for me is your enhanced organization of the many complexities that you are navigating. Excited that you have started pulling key contacts and messaging and loving the urgency to get moving quickly - reach out next week for any support you need with that or anything else. Good progress, keep it up!

Best Regards,

Zarine

**Zarine Pardiwalla**
**Associate Director**
**Global Business Development CoE**

(GMT+1) WAH - Scotland/UK

+44 7896118244

concentrix.com

# concentrix˚

---

**From:** Emmanuel Lugo
**Sent:** Friday, April 25, 2025 16:48
**To:** Monti Becker Kelly; Zarine Pardiwalla; Jacqueline Potts; Jen King
**Subject:** Manny's Weekly Highlights - April 21st - 25th

Hi Monti, Zarine, Jackie, and Jen,

I wanted to share a quick update on my progress across the strategic accounts and how I've structured everything in Asana to fast-track actions within the portfolio this past week, April 21st to 25th, 2025.

Asana: Structured projects for each AE have been created, complete with sprint plans, dashboards, and account-specific white space mapping.

1. Reality Labs & YouTube: I connected with Jennifer Braica last week and we agreed upon a recurring meeting series on Fridays. What is the next step in terms of activity with MRL?

2. Amazon: Strategic Opportunity Plan in coordination with Mahesh. Waiting for Mahesh to send Amazon's Account Plan. When did you last ask him to send this to you?

3. Meta: Met with Devpreet to align on the opportunity strategy (Presented) – which is this?. I will connect with Devpreet next week to finish customization of his Sprint Plan – I think you should focus on helping Ana also. There is not as much opportunity in Dev's group right now due to performance but could be in Ana Drk's B2B group.

4. Google: I met with Victor Manzanera to walk through Google's Strategic Opportunity Insights. This morning at 9a.m. CST. How did that go – what was the outcome?

5. Microsoft: Met with John Klein yesterday to review Strategic Opportunities and align on the sprint plan, walking through all associated key contacts, tasks, and dashboards. What is the timing of beginning to reach out to contacts? What departments outside of Marketing will you be reaching out to for TPS?

6. Outreach Messaging: I've started pulling key contacts and tailoring outreach messaging. Waiting on the "Do Not Contact" lists and preferred targets from AEs to proceed thoughtfully. Be aggressive here to move them along – meaning don't wait to long here. For Microsoft and Meta (WhatsApp) – do you have a list of contacts – I'm confused by what you mean when you say this is ongoing, this is ongoing. My goal is to move quickly once I have those details from the other three accounts in place, ensuring focused execution.

7. Automation and Meetings: Next, I'll be automating task completions in Asana to trigger real-time Teams updates by account and AE. I'm setting up recurring meetings with each AE based on their availability to keep everything moving. ok

Let me know if you'd like deeper visibility into any of the plans or dashboards (Please see attachments) . I'm happy to walk through anything as needed. Yes please set up time with Jayne and the team to walk me through the dashboards for mid-May when you have some calls/meetings under your belt! Thanks for all your efforts.

Have a nice weekend!

Manny

5/22/25, 2:44 AM                    Mail - Emmanuel Lugo - Outlook





5/22/25, 2:44 AM                                    Mail - Emmanuel Lugo - Outlook



**Manny Lugo** (He/Him)
**Sr. Business Development Executive**
(CST) WAH – Minneapolis, MN/USA
+1 202-952-6813
concentrix.com
**Connect with me**

# concentrix™

*You have the opportunity to opt out of receiving further email communication from Concentrix, every time we contact you. Simply let me know or click the following link:* Unsubscribe

 Outlook

## RE: Manny's Weekly Highlights - April 21st - 25th

**From** Monti Becker Kelly <monti.beckerkelly@concentrix.com>

**Date** Fri 4/25/2025 1:50 PM

**To**   Zarine Pardiwalla <zarine.pardiwalla@concentrix.com>; Emmanuel Lugo <emmanuel.lugo@concentrix.com>; Jacqueline Potts <jacqueline.potts@concentrix.com>; Jen King <jen.king@concentrix.com>

Hi Manny, thanks for this! My feedback below and nice work.

**From:** Zarine Pardiwalla <zarine.pardiwalla@concentrix.com>
**Sent:** Friday, April 25, 2025 12:03 PM
**To:** Emmanuel Lugo <emmanuel.lugo@concentrix.com>; Monti Becker Kelly <monti.beckerkelly@concentrix.com>; Jacqueline Potts <jacqueline.potts@concentrix.com>; Jen King <jen.king@concentrix.com>
**Subject:** Re: Manny's Weekly Highlights - April 21st - 25th

Thanks Manny, in all the detail here what stands out most for me is your enhanced organization of the many complexities that you are navigating. Excited that you have started pulling key contacts and messaging and loving the urgency to get moving quickly - reach out next week for any support you need with that or anything else. Good progress, keep it up!

Best Regards,

Zarine

**Zarine Pardiwalla**

**Associate Director**

**Global Business Development CoE**

(GMT+1) WAH - Scotland/UK

+44 7896118244

concentrix.com

# concentrix

**From:** Emmanuel Lugo
**Sent:** Friday, April 25, 2025 16:48

5/22/25, 2:45 AM                                    Mail - Emmanuel Lugo - Outlook

**To:** Monti Becker Kelly; Zarine Pardiwalla; Jacqueline Potts; Jen King
**Subject:** Manny's Weekly Highlights - April 21st - 25th

Hi Monti, Zarine, Jackie, and Jen,

I wanted to share a quick update on my progress across the strategic accounts and how I've structured everything in Asana to fast-track actions within the portfolio this past week, April 21st to 25th, 2025.

Asana: Structured projects for each AE have been created, complete with sprint plans, dashboards, and account-specific white space mapping.

1. Reality Labs & YouTube: I connected with Jennifer Braica last week and we agreed upon a recurring meeting series on Fridays. What is the next step in terms of activity with MRL?

2. Amazon: Strategic Opportunity Plan in coordination with Mahesh. Waiting for Mahesh to send Amazon's Account Plan. When did you last ask him to send this to you?

3. Meta: Met with Devpreet to align on the opportunity strategy (Presented) – which is this?. I will connect with Devpreet next week to finish customization of his Sprint Plan – I think you should focus on helping Ana also. There is not as much opportunity in Dev's group right now due to performance but could be in Ana Drk's B2B group.

4. Google: I met with Victor Manzanera to walk through Google's Strategic Opportunity Insights. This morning at 9a.m. CST. How did that go – what was the outcome?

5. Microsoft: Met with John Klein yesterday to review Strategic Opportunities and align on the sprint plan, walking through all associated key contacts, tasks, and dashboards. What is the timing of beginning to reach out to contacts? What departments outside of Marketing will you be reaching out to for TPS?

6. Outreach Messaging: I've started pulling key contacts and tailoring outreach messaging. Waiting on the "Do Not Contact" lists and preferred targets from AEs to proceed thoughtfully. Be aggressive here to move them along – meaning don't wait to long here. For Microsoft and Meta (WhatsApp) – do you have a list of contacts – I'm confused by what you mean when you say this is ongoing, this is ongoing. My goal is to move quickly once I have those details from the other three accounts in place, ensuring focused execution.

7. Automation and Meetings: Next, I'll be automating task completions in Asana to trigger real-time Teams updates by account and AE. I'm setting up recurring meetings with each AE based on their availability to keep everything moving. ok

Let me know if you'd like deeper visibility into any of the plans or dashboards (Please see attachments) . I'm happy to walk through anything as needed. Yes please set up time with Jayne and the team to walk me through the dashboards for mid-May when you have some calls/meetings under your belt! Thanks for all your efforts.

Have a nice weekend!

Manny

5/22/25, 2:45 AM                                    Mail - Emmanuel Lugo - Outlook



How should Meta address its
content moderation and trust
& safety challenges?

**Manny Lugo** (He/Him)

**Sr. Business Development Executive**

(CST) WAH – Minneapolis, MN/USA

+1 202-952-6813

concentrix.com

**Connect with me**

# concentrix™

*You have the opportunity to opt out of receiving further email
communication from Concentrix, every time we contact you.
Simply let me know or click the following link:* Unsubscribe

CASE 0:25-cv-02595-ECT-JFD   Doc. 49-19   Filed 07/31/25   Page 10 of 26

 Outlook

---

## Sprint Complete - MSFT Weekly Progress Recap

---

**From** Emmanuel Lugo <emmanuel.lugo@concentrix.com>

**Date** Mon 5/19/2025 10:15 AM

**To** John Klein <john.klein@concentrix.com>

**Cc** Emmanuel Lugo <emmanuel.lugo@concentrix.com>

Hi John,

Just wanted to let you know that all sprint items for this cycle under our MSFT's plan have been completed.

Here's a quick summary of what was covered:

1. All tasks aligned to your current priorities are complete
2. Key contacts were researched, and engagement starts today May 19, as planned
3. Any blockers or requests have been noted for next cycle

You can view the full sprint brief and next steps attached.

If there's anything you'd like to revisit, adjust, or add for the next sprint, I'm happy to sync. Otherwise, I'll keep things moving forward and follow up when needed.

Have great day,
Manny

⚫⚫ Sent from Asana:
https://app.asana.com/1/11060871282267/project/1210250543985164/task/1210250543985166.

 Outlook

## Update: Google & YouTube Collaboration with Jennifer Braica

**From** Emmanuel Lugo <emmanuel.lugo@concentrix.com>

**Date** Fri 5/16/2025 4:04 PM

**To**   Monti Becker Kelly <monti.beckerkelly@concentrix.com>; Mamta Malhotra <mamta.malhotra@concentrix.com>; Zarine Pardiwalla <zarine.pardiwalla@concentrix.com>; Jacqueline Potts <jacqueline.potts@concentrix.com>; Jen King <jen.king@concentrix.com>

📎 2 attachments (129 KB)

Youtube Timeline Event.pdf; Youtube Org Chart.pdf;

Hi Everyone,

I hope you're doing well. Below is an update on the **Google and YouTube collaboration with Jennifer Braica**.

The collaboration is progressing smoothly, with all initial milestones completed on schedule. Foundational elements including metrics analysis, structural planning, and stakeholder identification are now in place.. The next phase will focus on scheduling discovery meetings and maintaining regular check-ins to ensure continued alignment.

**Status:** On track

**Key points:**

- Structured YouTube collaboration framework
- No significant blockers have been identified, positioning the project collaboration well for continued progress.
- Established regular reporting mechanisms to track progress and ensure accountability.
- Established a structured bi-weekly Teams meeting check-in and weekly Teams syncs with Jennifer to maintain consistent communication and progress tracking.
- YouTube Metrics and Legal review completed, May 14, 2025.
- Outline structure finalized, May 15, 2025.
- Contact list submitted for approval,  May 16, 2025.
- Approval process for contact lists and messaging may introduce delays if not managed proactively by May 29, 2025

**Next Steps & Action Items**

- Next weekly report/check-in for Google/YT is scheduled for May 23, 2025. (Delivered every Friday)
- Prepare materials for initial meetings (target: June 6 - 12).
- Submit weekly YouTube/Google check-in report by May 23, 2025.
- Schedule initial meetings between June 6 - 12
- Continually logging progress and updating the dashboard regularly to maintain visibility on project status.

Please see the attached materials for additional details. Feedback is welcome to help refine and align our approach as needed.

Thanks,

Manny

5/22/25, 2:46 AM                                    Mail - Emmanuel Lugo - Outlook



**Manny Lugo** (He/Him)
**Sr. Business Development Executive**
(CST) WAH – Minneapolis, MN/USA
**+1 202-952-6813**
concentrix.com
**Connect with me**

# concentrix™

*You have the opportunity to opt out of receiving further email communication from Concentrix, every time we contact you. Simply let me know or click the following link:* Unsubscribe

5/22/25, 2:46 AM    Mail - Emmanuel Lugo - Outlook

 Outlook

## Re: Update: Google & YouTube Collaboration with Jennifer Braica

**From** Emmanuel Lugo <emmanuel.lugo@concentrix.com>

**Date** Tue 5/20/2025 8:52 AM

**To** Zarine Pardiwalla <zarine.pardiwalla@concentrix.com>; Monti Becker Kelly <monti.beckerkelly@concentrix.com>; Mamta Malhotra <mamta.malhotra@concentrix.com>; Jacqueline Potts <jacqueline.potts@concentrix.com>; Jen King <jen.king@concentrix.com>

Hi Zarine,

Here's the breakdown: **(Please see attached/Initial email) YT OrgChart.pdf**

1. **Larry Page** – Alphabet Board of Directors
2. **Sergey Brin** – Alphabet Board of Directors
3. **Sundar Pichai** – CEO of Alphabet
4. **Anat Ashkenazi** – CFO of Alphabet
5. **Neal Mohan** – CEO of YouTube
6. **Matt Halprin** – Global Head of Trust & Safety
7. **Jennifer Flannery O'Connor** – VP, Product Management
8. **Emily Moxley** – VP, Product Management

Other entities like the **Alphabet Board of Directors** (which includes 11 directors besides Page and Brin), **Trust & Safety Organization, Intelligence Desk,** and **Content Moderators** are groups or roles

Best,

**Manny Lugo** (He/Him)
**Sr. Business Development Executive**
(CST) WAH – Minneapolis, MN/USA
+1 202-952-6813
concentrix.com
**Connect with me**

# concentrix™

*You have the opportunity to opt out of receiving further email communication from Concentrix, every time we contact you. Simply let me know or click the following link:* Unsubscribe

---

**From:** Zarine Pardiwalla <zarine.pardiwalla@concentrix.com>
**Sent:** Tuesday, May 20, 2025 8:44 AM
**To:** Emmanuel Lugo <emmanuel.lugo@concentrix.com>; Monti Becker Kelly <monti.beckerkelly@concentrix.com>; Mamta Malhotra <mamta.malhotra@concentrix.com>; Jacqueline Potts <jacqueline.potts@concentrix.com>; Jen King <jen.king@concentrix.com>
**Subject:** Re: Update: Google & YouTube Collaboration with Jennifer Braica

Thanks Manny, same Q again, please help me clarify: how many contacts are on the list you submitted to Jennifer for approval?

Best Regards,

Zarine

**Zarine Pardiwalla**
**Associate Director**
**Global Business Development CoE**

(GMT+1) WAH - Scotland/UK
+44 7896118244
concentrix.com

# concentrix™

---

**From:** Emmanuel Lugo <emmanuel.lugo@concentrix.com>
**Sent:** 16 May 2025 22:04
**To:** Monti Becker Kelly <monti.beckerkelly@concentrix.com>; Mamta Malhotra <mamta.malhotra@concentrix.com>; Zarine Pardiwalla <zarine.pardiwalla@concentrix.com>; Jacqueline Potts <jacqueline.potts@concentrix.com>; Jen King <jen.king@concentrix.com>
**Subject:** Update: Google & YouTube Collaboration with Jennifer Braica

Hi Everyone,

I hope you're doing well. Below is an update on the **Google and YouTube collaboration with Jennifer Braica**.

The collaboration is progressing smoothly, with all initial milestones completed on schedule. Foundational elements including metrics analysis, structural planning, and stakeholder identification are now in place.. The next phase will focus on scheduling discovery meetings and maintaining regular check-ins to ensure continued alignment.

**Status:** On track

**Key points:**

- Structured YouTube collaboration framework
- No significant blockers have been identified, positioning the project collaboration well for continued progress.
- Established regular reporting mechanisms to track progress and ensure accountability.
- Established a structured bi-weekly Teams meeting check-in and weekly Teams syncs with Jennifer to maintain consistent communication and progress tracking.
- YouTube Metrics and Legal review completed, May 14, 2025.
- Outline structure finalized, May 15, 2025.
- Contact list submitted for approval, May 16, 2025.
- Approval process for contact lists and messaging may introduce delays if not managed proactively by May 29, 2025

**Next Steps & Action Items**

- Next weekly report/check-in for Google/YT is scheduled for May 23, 2025. (Delivered every Friday)
- Prepare materials for initial meetings (target: June 6 - 12).
- Submit weekly YouTube/Google check-in report by May 23, 2025.
- Schedule initial meetings between June 6 - 12
- Continually logging progress and updating the dashboard regularly to maintain visibility on project status.

Please see the attached materials for additional details. Feedback is welcome to help refine and align our approach as needed.
Thanks,
Manny



Mail - Emmanuel Lugo - Outlook

 Outlook

## Sprint Complete - YT Weekly Progress Recap

From Emmanuel Lugo <emmanuel.lugo@concentrix.com>
Date: Fri 5/16/2025 3:13 PM
To: Jennifer Braca <jennifer.braca@concentrix.com>
Cc: Emmanuel Lugo <emmanuel.lugo@concentrix.com>

Hi Jennifer,

Just wanted to let you know that all sprint items for this cycle under our Meta's plan have been completed.

Here's a quick summary of what was covered:

1. All tasks aligned to your current priorities are complete
2. Key contacts were researched as planned
3. Any blockers or requests have been noted for next cycle

You can view the full sprint brief and next steps attached.

If there's anything you'd like to revisit, adjust, or add for the next sprint, I'm happy to sync. Otherwise, I'll keep things moving forward and follow up when needed.

Have great day,
Manny

*Sent from Asana.
https://app.asana.com/1/110008/1282267/project/1210250543985144/task/1210250543985146.

5/22/25, 2:46 AM                                    Mail - Emmanuel Lugo - Outlook

 Outlook

---

## Sprint Complete - YT Weekly Progress Recap

---

**From** Emmanuel Lugo <emmanuel.lugo@concentrix.com>

**Date** Fri 5/16/2025 3:13 PM

**To**    Jennifer Braica <jennifer.braica@concentrix.com>

**Cc**    Emmanuel Lugo <emmanuel.lugo@concentrix.com>

Hi Jennifer,

Just wanted to let you know that all sprint items for this cycle under our Meta's plan have been completed.

Here's a quick summary of what was covered:

1. All tasks aligned to your current priorities are complete
2. Key contacts were researched as planned
3. Any blockers or requests have been noted for next cycle

You can view the full sprint brief and next steps attached.

If there's anything you'd like to revisit, adjust, or add for the next sprint, I'm happy to sync. Otherwise, I'll keep things moving forward and follow up when needed.

Have great day,
Manny

⚬⚬ Sent from Asana:
https://app.asana.com/1/11060871282267/project/1210250543985144/task/1210250543985146.

5/22/25, 2:47 AM

 Outlook

## Meta B2B Weekly Progress Recap

**From** Emmanuel Lugo <emmanuel.lugo@concentrix.com>

**Date** Thu 5/15/2025 2:00 PM

**To** Ana Drk <ana.drk@concentrix.com>

**Cc** Emmanuel Lugo <emmanuel.lugo@concentrix.com>

Hi Ana,

Just wanted to let you know that all sprint items for this cycle under our Meta's B2B plan have been completed.

Here's a quick summary of what was covered:

1. Tasks aligned to your current priorities are complete
2. Detailed Research on "Meta's Scaled Partnerships" (Completed, see attached)
3. Detailed Research on Meta SBG LATAM, digital adds space in LATAM (Completed, see attached).
3. Any blockers or requests have been noted for next week's cycle

You can view the full sprint brief, all requested info and next steps attached.

If there's anything you'd like to revisit, adjust, or add for the next sprint, I'm happy to sync next week. Otherwise, I'll keep things moving forward and follow up when needed.

Have great day,
Manny

⚙ Sent from Asana:
https://app.asana.com/1/11060871282267/project/1210253063746820/task/1210253063746822.

(CST) WAH – Minneapolis, MN/USA

+1 202-952-6813

concentrix.com

**Connect with me**

# concentrix.

*You have the opportunity to opt out of receiving further email communication from Concentrix, every time we contact you. Simply let me know or click the following link:* Unsubscribe

---

**From:** Monti Becker Kelly <monti.beckerkelly@concentrix.com>
**Sent:** Friday, April 25, 2025 1:50 PM
**To:** Zarine Pardiwalla <zarine.pardiwalla@concentrix.com>; Emmanuel Lugo <emmanuel.lugo@concentrix.com>; Jacqueline Potts <jacqueline.potts@concentrix.com>; Jen King <jen.king@concentrix.com>
**Subject:** RE: Manny's Weekly Highlights - April 21st - 25th

Hi Manny, thanks for this! My feedback below and nice work.

**From:** Zarine Pardiwalla <zarine.pardiwalla@concentrix.com>
**Sent:** Friday, April 25, 2025 12:03 PM
**To:** Emmanuel Lugo <emmanuel.lugo@concentrix.com>; Monti Becker Kelly <monti.beckerkelly@concentrix.com>; Jacqueline Potts <jacqueline.potts@concentrix.com>; Jen King <jen.king@concentrix.com>
**Subject:** Re: Manny's Weekly Highlights - April 21st - 25th

Thanks Manny, in all the detail here what stands out most for me is your enhanced organization of the many complexities that you are navigating. Excited that you have started pulling key contacts and messaging and loving the urgency to get moving quickly - reach out next week for any support you need with that or anything else. Good progress, keep it up!

Best Regards,

Zarine

**Zarine Pardiwalla**
**Associate Director**
**Global Business Development CoE**

(GMT+1) WAH - Scotland/UK

+44 7896118244

concentrix.com

# concentrix.

---

**From:** Emmanuel Lugo
**Sent:** Friday, April 25, 2025 16:48
**To:** Monti Becker Kelly; Zarine Pardiwalla; Jacqueline Potts; Jen King
**Subject:** Manny's Weekly Highlights - April 21st - 25th

5/22/25, 2:47 AM                                        Mail - Emmanuel Lugo - Outlook

Hi Monti, Zarine, Jackie, and Jen,

I wanted to share a quick update on my progress across the strategic accounts and how I've structured everything in Asana to fast-track actions within the portfolio this past week, April 21st to 25th, 2025.

Asana: Structured projects for each AE have been created, complete with sprint plans, dashboards, and account-specific white space mapping.

1. Reality Labs & YouTube: I connected with Jennifer Braica last week and we agreed upon a recurring meeting series on Fridays. What is the next step in terms of activity with MRL?

2. Amazon: Strategic Opportunity Plan in coordination with Mahesh. Waiting for Mahesh to send Amazon's Account Plan. When did you last ask him to send this to you?

3. Meta: Met with Devpreet to align on the opportunity strategy (Presented) – which is this?. I will connect with Devpreet next week to finish customization of his Sprint Plan – I think you should focus on helping Ana also. There is not as much opportunity in Dev's group right now due to performance but could be in Ana Drk's B2B group.

4. Google: I met with Victor Manzanera to walk through Google's Strategic Opportunity Insights. This morning at 9a.m. CST. How did that go – what was the outcome?

5. Microsoft: Met with John Klein yesterday to review Strategic Opportunities and align on the sprint plan, walking through all associated key contacts, tasks, and dashboards. What is the timing of beginning to reach out to contacts? What departments outside of Marketing will you be reaching out to for TPS?

6. Outreach Messaging: I've started pulling key contacts and tailoring outreach messaging. Waiting on the "Do Not Contact" lists and preferred targets from AEs to proceed thoughtfully. Be aggressive here to move them along – meaning don't wait to long here. For Microsoft and Meta (WhatsApp) – do you have a list of contacts – I'm confused by what you mean when you say this is ongoing, this is ongoing. My goal is to move quickly once I have those details from the other three accounts in place, ensuring focused execution.

7. Automation and Meetings: Next, I'll be automating task completions in Asana to trigger real-time Teams updates by account and AE. I'm setting up recurring meetings with each AE based on their availability to keep everything moving. ok

Let me know if you'd like deeper visibility into any of the plans or dashboards (Please see attachments) . I'm happy to walk through anything as needed. Yes please set up time with Jayne and the team to walk me through the dashboards for mid-May when you have some calls/meetings under your belt! Thanks for all your efforts.

Have a nice weekend!

Manny

Mail - Emmanuel Lugo - Outlook

 Outlook

## Update: Meta's B2B Collaboration : SP-Scaled Partnerships (Americas) Meta's SBG & Ads (LATAM)

**From** Emmanuel Lugo <emmanuel.lugo@concentrix.com>

**Date** Thu 5/15/2025 3:26 PM

**To** Monti Becker Kelly <monti.beckerkelly@concentrix.com>; Zarine Pardiwalla <zarine.pardiwalla@concentrix.com>; Jen King <jen.king@concentrix.com>; Jacqueline Potts <jacqueline.potts@concentrix.com>

📎 2 attachments (177 KB)

Meta's Scaled Partnerships Overview.pdf; Meta's Small Business Group (SBG).pdf;

Hi Everyone,

I hope this email finds you well, here is an update on: **Meta's B2B Collaboration : SP - Scaled Partnerships (Americas) Meta's SBG & Ads (LATAM).**

The project collaboration is progressing well, with several key research and alignment tasks completed. We have established a regular check-in cadence and completed critical assessments, please see below:

**Status:** On Track

**Key Points:**

- **Check-ins:** The bi-weekly check-in process is in place, with the second meeting completed today May 15.
- **Research & Market Analysis: "Meta SBG & ADs LATAM" (Brazil focused)** to identify growth opportunities and **"Scaled Partnership Structure"** tailored for Ana's business needs have been completed ahead of their deadlines.
- No significant blockers have been identified, positioning the project collaboration well for continued progress.
- **Communication:** Established a structured bi-weekly Teams meeting check-in and weekly Teams syncs with Ana to maintain consistent communication and progress tracking.
- **Outreach:** Developing comprehensive outreach strategies to key decision-makers within the partnership ecosystem. (On Hold) Ana's Request.
- **Next Phase:** The project is almost ready outreach and execution (Up to Ana's request)
- **Upcoming Milestones:**
  Approval process for contact lists and messaging may introduce delays if not managed proactively by May 29, 2025
  Outreach Strategy must be approved by June 5 and possibly book first meetings by June 5-12.

**Next Steps & Action Items:**

- Next weekly report/check-in for Meta B2B is scheduled for May 23, 2025. (Delivered every Friday)
- Preparing materials for the first meetings that need to be booked by June 5-12.
- Continually logging progress and updating the dashboard regularly to maintain visibility on project status.

Please find the attachments included in this email for more information. I am open to suggestions and feedback to always improve, adjust as necessary, and deliver what's needed.

5/22/25, 2:56 AM                          Mail - Emmanuel Lugo - Outlook

 Outlook

---

## Re: MSFT Update: John K. Strategic Alignment Progress

---

**From** Emmanuel Lugo <emmanuel.lugo@concentrix.com>

**Date** Wed 5/21/2025 12:52 PM

**To**   Monti Becker Kelly <monti.beckerkelly@concentrix.com>; Zarine Pardiwalla
        <zarine.pardiwalla@concentrix.com>; Patrick Mclaughlin <patrick.mclaughlin@concentrix.com>; Jacqueline
        Potts <jacqueline.potts@concentrix.com>; Jen King <jen.king@concentrix.com>

Hi Monti,

Yes, this is just the first round.

The original list had 19 contacts, but two were excluded, so we're now working with 17. Out of those, I've only
been cleared to engage with 6 contacts on the **Marketing Technology side**. (That includes Adobe and Martech
platform engineering/support, demand generation, content/website development, and acquisition.)

The rest of the contacts fall under **Engineering and the Customer Zero Platform (CZE)**, and I'm holding on to those
for now until there's more alignment. This approach has been fully aligned with both Patrick and John. I met with
John on Friday, and again with both of them yesterday.

They agreed on this direction, and I also walked John through the messaging and structure I've built for the first
batch of outreach. That's already in motion and being executed. John also mentioned he'll be sharing additional
LOBs and contacts soon, since he and Patrick have better visibility into the full organization and can help identify
priorities faster than I can from my end.

Let me know if you'd like to review the list together or go over anything in more detail.

Best,
Manny

**Manny Lugo** (He/Him)
**Sr. Business Development Executive**
(CST) WAH – Minneapolis, MN/USA
+1 202-952-6813
concentrix.com
**Connect with me**

# concentrix

*You have the opportunity to opt out of receiving further email
communication from Concentrix, every time we contact you.
Simply let me know or click the following link:* Unsubscribe

---

**From:** Monti Becker Kelly <monti.beckerkelly@concentrix.com>
**Sent:** Wednesday, May 21, 2025 8:03 AM
**To:** Emmanuel Lugo <emmanuel.lugo@concentrix.com>; Zarine Pardiwalla <zarine.pardiwalla@concentrix.com>;

5/22/25, 2:56 AM                                    Mail - Emmanuel Lugo - Outlook

Patrick Mclaughlin <patrick.mclaughlin@concentrix.com>; Jacqueline Potts <jacqueline.potts@concentrix.com>;
Jen King <jen.king@concentrix.com>
**Subject:** RE: MSFT Update: John K. Strategic Alignment Progress

What LOBs are these for? Is this just the first round? We will need a lot more than 19, let's
discuss. Thanks.

**From:** Emmanuel Lugo <emmanuel.lugo@concentrix.com>
**Sent:** Tuesday, May 20, 2025 9:48 AM
**To:** Zarine Pardiwalla <zarine.pardiwalla@concentrix.com>; Monti Becker Kelly
<monti.beckerkelly@concentrix.com>; Patrick Mclaughlin <patrick.mclaughlin@concentrix.com>; Jacqueline Potts
<jacqueline.potts@concentrix.com>; Jen King <jen.king@concentrix.com>
**Subject:** Re: MSFT Update: John K. Strategic Alignment Progress

Hi Zarine,

**Total Identified: 125**
**Approved: 19**

Best,

**Manny Lugo** (He/Him)
**Sr. Business Development Executive**
(CST) WAH – Minneapolis, MN/USA
+1 202-952-6813
concentrix.com
**Connect with me**

# concentrix™

*You have the opportunity to opt out of receiving further email
communication from Concentrix, every time we contact you.
Simply let me know or click the following link:* Unsubscribe

**From:** Zarine Pardiwalla <zarine.pardiwalla@concentrix.com>
**Sent:** Tuesday, May 20, 2025 8:40 AM
**To:** Emmanuel Lugo <emmanuel.lugo@concentrix.com>; Monti Becker Kelly
<monti.beckerkelly@concentrix.com>; Patrick Mclaughlin <patrick.mclaughlin@concentrix.com>; Jacqueline Potts
<jacqueline.potts@concentrix.com>; Jen King <jen.king@concentrix.com>
**Subject:** Re: MSFT Update: John K. Strategic Alignment Progress

Thanks Manny, please help me clarify: how many key contacts have been identified and approved for
Microsoft so far?
Best Regards,
Zarine

**Zarine Pardiwalla**
**Associate Director**
**Global Business Development CoE**

Mail - Emmanuel Lugo - Outlook

(GMT+1) WAH - Scotland/UK
+44 7896118244
concentrix.com

# concentrix

---

**From:** Emmanuel Lugo <emmanuel.lugo@concentrix.com>
**Sent:** 19 May 2025 16:38
**To:** Monti Becker Kelly <monti.beckerkelly@concentrix.com>; Patrick Mclaughlin
<patrick.mclaughlin@concentrix.com>; Zarine Pardiwalla <zarine.pardiwalla@concentrix.com>; Jacqueline Potts
<jacqueline.potts@concentrix.com>; Jen King <jen.king@concentrix.com>
**Subject:** MSFT Update: John K. Strategic Alignment Progress

Hi Everyone,

I hope this email finds you well. Here is an update on: **Microsoft John K. Strategic Alignment Progress.** The
collaboration is progressing well, with key strategic and 80% of milestones completed. Please see the summary
below:

**Status:** On Track

**Key Highlights:**

- **Check-ins:** Bi-weekly check-in cadence is in place, with the first session completed on May 16. The next is
  scheduled for May 23.

- **Strategic Alignment:** Completed alignment with John on TPS, Strategy, and Consulting services, ensuring a
  unified approach.

- **OB Strategy:** A structured outreach plan has been defined, including cadences, LinkedIn InMail, and LI
  Connect.

- Key contacts have been identified and approved, supporting targeted engagement.

- All tasks due by May 16 have been completed, and no blockers are currently impacting progress.

**Upcoming Milestones:**

- **May 23, 2025:** Next bi-weekly check-in with John K. (Microsoft Weekly Report, Delivered every Friday)

- **June 2, 2025:** Deadline to book at least one meeting.

- **Ongoing:** Weekly docs preparation and dashboard updates. (Pending John's MSFT feedback and supporting
  documentation for reference)

**Next Steps & Action Items:**

- Focus on booking discovery meetings before the June 2 deadline.

- Continue logging progress and updating the dashboard to maintain visibility.

- Share alignment outcomes with the broader team to ensure consistent messaging.

5/22/25, 2:59 AM                                    Mail - Emmanuel Lugo - Outlook

 Outlook

---

## Re: GSSO EOM - June

---

**From** Emmanuel Lugo <emmanuel.lugo@concentrix.com>
**Date** Wed 6/12/2024 10:12 AM
**To**    Brendan OShaughnessy <brendan.oshaughnessy@concentrix.com>

Hi Brendan,

Thank you so much for your kind and encouraging words. It really means a lot to me.

I'm really grateful for the opportunities I've had to contribute to our team's success and to work with new sellers. Your support and guidance have been a big part of that, and I appreciate it more than I can say.

I'm excited about the future and committed to keeping up this momentum. If there's any way I can help further, please don't hesitate to let me know.

Thanks again! 🙏

Best,
Manny

**Manny Lugo** (He/Him)
**Sr. Business Development Executive**
(CST) WAH – Minneapolis, MN/USA
**+1 202-952-6813**
concentrix.com
**Connect with me**

# concentrix™

*You have the opportunity to opt out of receiving further email communication from Concentrix, every time we contact you. Simply let me know or click the following link:* Unsubscribe

---

**From:** Brendan OShaughnessy <brendan.oshaughnessy@concentrix.com>
**Sent:** Wednesday, June 12, 2024 9:09 AM
**To:** Emmanuel Lugo <emmanuel.lugo@concentrix.com>
**Subject:** FW: GSSO EOM - June

Manny –

Just wanted to say congrats again on your strong start to the year. You've worked hard to put yourself on top of the leader board and show everyone what is possible. Appreciate all your help with the team and aligning with sellers who hadn't worked with us before.

You have a bright future ahead and the work ethic to get you far. I look forward to seeing your continued success!

5/22/25, 2:59 AM                                    Mail - Emmanuel Lugo - Outlook

Let me know where I can helkp.

-- Brendan

---

**From:** Brendan OShaughnessy <brendan.oshaughnessy@concentrix.com>
**Date:** Thursday, June 6, 2024 at 8:24 AM
**To:** GSSO Team <GSSOTeam@concentrix.com>, Paul Land <paul.land@concentrix.com>, Ignasi Roman <ignasi.roman@concentrix.com>
**Cc:** Debbie Gonzalez <debbie.gonzalez@concentrix.com>, Jana Turley <jana.turley@concentrix.com>, Robert Jelenic <robert.jelenic@concentrix.com>
**Subject:** GSSO EOM - June

Team –

It was great coming together to wrap up the first half of the year.  Lots of wins to celebrate around individual performances that deserve recognition.  Congrats to everyone who posted their best month, best quarter, and best outbound win – progress is the key to achieving your goals.  We've seen consistent improvements in the business with our results, the downstream effect our opportunities have, and even the company's revenue recognition by being named a Fortune 500 company.

Let's use this momentum to have an unbelievable 2H.  We have lots to do in the 2nd half of year for it to be considered a success.  It starts with aligning with your Sales partners on target accounts and finding ways to create interest and opportunity.  I'm confident in our ability to leverage our relationships, our tools, our trainings, and our sales ability to make a significant impact in this area.

Paul and Ignasi, great having you with us and we look forward to collaborating in the future.

Thank you all.  Let's do something great!

**Brendan O'Shaughnessy**
**VP, Demand Generation and Global Head of Business Development**
(MT) WAH – Denver, CO/ US
+1 303-909-5266 ☺ **in**
concentrix.com

# concentrix

This email and any files transmitted with it are confidential. Please notify the sender immediately if you have received this e-mail by mistake and delete it from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

5/22/25, 3:00 AM                                        Mail - Emmanuel Lugo - Outlook

 Outlook

---

### Re: Internal Career Opportunity: Sr. Solutions Architect

---

**From** Emmanuel Lugo <emmanuel.lugo@concentrix.com>

**Date** Fri 7/12/2024 9:29 AM

**To**    Brendan OShaughnessy <brendan.oshaughnessy@concentrix.com>; Ryan Pearlman
        <ryan.pearlman@concentrix.com>

Hi Brendan,

Thanks so much for the great news!

I'll be sure to connect with Ryan ASAP regarding my application before submitting it. I really appreciate your recommendation and support on this.

Looking forward to our meeting next week to discuss the next steps and interview prep. Your guidance means a lot to me.

Thanks again,
Manny

**Manny Lugo** (He/Him)
**Sr. Business Development Executive**
(CST) WAH – Minneapolis, MN/USA
**+1 202-952-6813**
concentrix.com
**Connect with me**

# concentrix

*You have the opportunity to opt out of receiving further email communication from Concentrix, every time we contact you. Simply let me know or click the following link:* Unsubscribe

---

**From:** Brendan OShaughnessy <brendan.oshaughnessy@concentrix.com>

**Sent:** Friday, July 12, 2024 9:00 AM

**To:** Emmanuel Lugo <emmanuel.lugo@concentrix.com>; Ryan Pearlman <ryan.pearlman@concentrix.com>

**Subject:** FW: Internal Career Opportunity: Sr. Solutions Architect

Hi Manny –

Based on our conversation about your interest in this role, I got some insight from Daralee that the role is a grade 7, which would be the next step for you. That's good news and your application would be warranted. I would recommend that you connect with Ryan on your application before submitting as a way to review, and then we should all get together next week to discuss next steps and interview prep. I have a meeting with Daralee later next week too.

-- Brendan