# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| EMMANUEL A. LUGO, | ) |
| Plaintiff, | ) **COMBINED EXHIBIT INDEX** |
| v. | ) **Case No.** 0:25-cv-02585-ECT-JFD |
| CONCENTRIX CORPORATION, | ) |
| Defendant. | ) |

### EXHIBIT SET A-Z Foundational Documentation & TRO Support

(Filed in Dkt. 1, 4, 6, 13, 15, 22)

- **A–R** – Initial Exhibits submitted with Complaint (HR documents, platform screenshots, early retaliation logs)

- **S** – Affidavit of Service – TRO Support

- **T.1** – Declaration of Stephen Funk (Witness)

- **T.2** – Declaration of Milagro Tovar (Witness)

- **U.1–U.5** – NLRB Misconduct by Agent Charles Chermark (Emails, Memos, Reassignment)

- **V–Z** – Retaliation Patterns, Metadata, Emergency Conditions

## EXHIBIT SETAA – Multi-Agency Filings & Federal Grievance Chain

(Filed in Dkts. 25, 27, 28)

- **AA.1** – Federal Trade Commission (FTC) Complaint – Digital Surveillance

- **AA.2** – U.S. Equal Employment Opportunity Commission (EEOC) Intake & Right to Sue

- **AA.3** – Minnesota Department of Human Rights (MDHR) Complaint & Notices

- **AA.4** – OSHA / MNOSHA Complaint – Safety Referral and Closure

- **AA.5** – Consumer Financial Protection Bureau (CFPB) – Wage & Benefit Disruption

- **AA.6** – CMS / OIG Complaint – ERISA and Privacy Reporting

- **AA.7** – HIPAA Complaint (HHS OCR) – Coverage Manipulation and Medical Record Issues

## EXHIBIT SET BB – Digital Surveillance & Cybersecurity Forensics

(Filed in Dkts. 29, 33, 34, 35, 36)

- **BB.1** – Unauthorized App Connections – Google, Microsoft, Third Party

- **BB.2** – Google Account Lockout + Recovery Metadata Timeline

- **BB.3** – Retaliatory Metadata Log (Spoofed Emails & Trackers)

- **BB.4** – Device Intrusion Report – Samsung S4 Ultra + Wi-Fi Logs

- **BB.5** – Spiritual Brand Infiltration – Email Targeting & Trackers

- **BB.6** – Pattern Recognition – Alert Timing, Log Overlaps

## EXHIBIT SET CC – Access Interference & Elected Benefits Retaliation

(Filed in Dkts. 37, 42, 44, 45, 46)

- **CC.1** – Unlawful Removal of Benefits – Post-FMLA Obstruction & COBRA Issues

- **CC.2** – Pattern of Vague and Delayed HR/Benefit Responses

- **CC.3** – UNUM Disability Disruption and Retaliatory Voicemails

- **CC.4** – Medication Denials, Delayed Authorizations, and Sabotage

- **CC.5** – Payroll Misrepresentation & Unauthorized ESPP Deductions

- **CC.6** – Insurance Sabotage, Platform Access Obstruction, and Plan Conflict

## EXHIBIT SET DD – Role Misclassification, Expansion Pressure, & Retaliation Escalation

(Filed with Amended Complaint)

- **DD.1** – Misclassification of Role, Title Suppression, and Strategic Exploitation

- **DD.2** – Incentive Plan vs. Actual Role Matrix

- **DD.3** – Deliverables vs. Tool Access Matrix – Performance Misalignment

- **DD.4** – Constructive Discharge and Psychological Collapse

- **DD.5** – Workload Expansion Pressure and Exploited Contributions

- **DD.6** – Final Warning Pattern, Digital Narrative Control, and HR Framing

- **DD.7** – Retaliation Timeline Following Public Disclosures and PACER Filing

- **DD.8** – Cognitive Damages and Emotional Collapse – Class Harm Documentation

- **DD.9** – Government Inaction & DOJ Referral Request – Systemic Oversight

**Note on Docket References:**

"Exhibits A through CC.6 have already been filed and appear in Docket Entries 1 through 46, and are hereby incorporated by reference into this **First Amended Complaint.** Only Exhibits DD.1 through DD.9 are being submitted with this filing."

**/s/ Emmanuel A. Lugo**
Emmanuel A. Lugo
**Pro Se Plaintiff**
Dated: **July 31ˢᵗ, 2025**