UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| EMMANUEL A. LUGO, | ) | **SUPPLEMENTAL NOTICE OF** |
| Plaintiff, | ) | **VENDOR COORDINATION, AND** |
| v. | ) | **PLATFORM MANIPULATION DURING** |
| | ) | **ACTIVE FEDERAL LITIGATION** |
| CONCENTRIX CORPORATION, | ) | **Case No.** 0:25-cv-02585-ECT-JFD |
| Defendant. | ) | |

**TO THE COURT:**

Plaintiff **Emmanuel A. Lugo** respectfully submits this supplemental notice to document post-complaint retaliation, coordinated vendor triggers, and payroll irregularities that occurred on **August 20–21, 2025**, during active federal litigation and after Plaintiff's formal preservation objections and demands (see **[Dkt. 52, 53]**). This is **not** a motion

## I. TIMELINE COORDINATED PLATFORM ACCESS DURING ACTIVE LITIGATION

(1) **HR "Separation" Email (Aug. 20, 2025 — 4:49 PM CT).**

Concentrix HR Director **Camille Rosalez** emailed: *"We are separating your employment effective today."* Plaintiff did **not** request or authorize separation. This statement is inconsistent with Defendant's **Answer filed Aug. 14, 2025**, which acknowledged Plaintiff's employment status (**[Dkt. 51]**).

(2) **Payroll Activity Without Paystub Access (Aug. 20, 2025 — 5:40 PM CT).**
Plaintiff's bank reflected an ACH deposit labeled **"CONCENTRIX PAYROLL 250822"** in the

amount of **$1,027.71**, with a **value date of Aug. 21, 2025**. No pay stub or earnings breakdown was available to Plaintiff, who lacks ADP portal access.

(3) **Immediate Preservation Objection (Evening of Aug. 20, 2025).** Plaintiff objected in writing, demanded preservation, and requested a **freeze** on any separation-related actions (**[Dkt. 53]**); email to HR attached).

(4) **Overnight HRIS/Payroll Credentialing Emails (Aug. 21, 2025 — 2:19–2:25 AM CT).** Within hours of the ACH posting, Plaintiff received:

- **2:19 AM — Workday** (cnx@otp.workday.com) sent a newly issued **username (102300155)**, **temporary password**, and **direct login link** to the Concentrix tenant.

- **2:25 AM — ADP** (adpfeedback@adp.com) stated a **new pay statement** was available. Plaintiff did **not** request access, reset credentials, initiate recovery, or log in. Full message headers and device-level metadata have been preserved

## II. PATTERN CONSISTENT WITH LOG MANIPULATION, ENTRAPMENT, OR SPOLIATION.

At **2:19 AM CT on August 21, 2025**, just hours after the payroll deposit, Plaintiff received an unsolicited email from **Workday** (cnx@otp.workday.com), containing:

- A newly assigned username (**102300155**),
- A temporary system-generated password,
- A direct login link to the **Concentrix Workday system.**

At **2:25 AM**, Plaintiff received a second email from **ADP** (adpfeedback@adp.com), stating a new pay statement was available.

Plaintiff **did not request access, reset credentials, or initiate any login recovery**, and has not accessed either platform. These platform-triggered events raise concerns of:

- **Coordinated vendor action** initiated by Concentrix or its agents,
- **An attempt to generate simulated** user activity after Plaintiff's objection,
- **Log manipulation or spoliation** of access records,
- **Improper digital entrapment** during active litigation.

These actions performed **during active federal litigation** and after Plaintiff's **formal objection to separation** may constitute:

- **Attempted entrapment** to simulate post-objection activity,
- **Retaliatory baiting** to provoke termination-finalizing triggers,
- **Risk of Spoliation** of internal audit logs or record timestamps,
- **Collusion** between vendors for adverse litigation posturing.

Plaintiff has preserved the metadata and screenshots of both transmissions and will incorporate them into **Exhibit Set FF (Post FAC Continued Retaliation)**, **Exhibit EE.5 (Payroll Interference & Vendor Collusion)**, and Supplemental **Exhibit Suppl. CC.6 (Platform Irregularities)**.

Plaintiff preserved all metadata and headers, which will be submitted in the following exhibits:

- **Exhibit EE.5** — **Payroll Interference & Vendor Collusion** (*Forthcoming*)
- **Exhibit Set FF** — **Post FAC Continued Retaliation** (*Forthcoming*)
- **Exhibit Suppl. CC.6** — **Platform Irregularities and ESI Audit Risks** (*Forthcoming*)

### III. RELIEF AND RESERVATION OF RIGHTS (NOTICE ONLY)

Plaintiff submits this notice to create a contemporaneous litigation record and notify the Court of **escalating retaliation, cross-platform coordination, and risks to evidentiary integrity.**

This Notice is not a motion but a **good faith filing** to:

1) Place the Court on notice of **retaliatory post-answer conduct**,

2) Preserve judicial integrity and control of the litigation timeline, and

3) Warn of **potential evidence tampering** and retaliatory coordination across vendor platforms.

Plaintiff reserves all rights under **Fed. R. Civ. P. 26 & 37**, **ERISA, 29 U.S.C. § 1132**, **ADA**, **FMLA**, **Title VII**, and **D. Minn. LR 7.1 and 26.1**, including to seek targeted relief if preservation or production issues arise.

Respectfully submitted,
**/s/ Emmanuel A. Lugo**
*Pro Se* - Plaintiff,
Dated: **August 21, 2025**

## IV. ATTACHMENTS (Filed with this Notice)

- **Exhibit A –** Aug. 20, 2025 HR separation email (4-49 PM CT) (Rosalez).

- **Exhibit B –** Bank screenshot: ACH "CONCENTRIX PAYROLL 250822" ($1,027.71) posted Aug. 20, 2025 at 5:40 PM CT; value date Aug. 21, 2025.

- **Exhibit C –** Workday credential email (2:19 AM CT, Aug. 21, 2025) with username, temporary password, and login link.

- **Exhibit D –** ADP pay-statement email (2:25 AM CT, Aug. 21, 2025).

- **Exhibit E –** Plaintiff's Aug. 20, 2025 objection/preservation email to defense (Dkt. 53).